"Please File In Case"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, | CIVIL NO. 1=CV-00-0[?]
  Plaintiff, |
  | U.S. District Judge Ra[...]
vs. | Magistrate Judge Sm[...]
  |
KENNETH D. KYLER, et al., |
  Defendants. |

FILED
HARRISBURG
DEC 21 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff, Pro Se Counsel in the above-entitled civil action, John Richard Jae, as a layman unlettered in the arts & sores of the laws & legal procedures within the United States, and his Motion For Enlargement Of Time, pursuant to Fed.R.Civ.P.[...] & avers, depose[s] & states:=

1. On or about October 17, 2000, Defendants, by Cou[nsel,] filed their Motion For Summary Judgment and stateme[nt] of undisputed facts, herein this case.

2. On or about December 5, 2000, Defendants, by Cou[nsel,] filed their Defendants' Memorandum In Support of [Motion for] Summary Judgment and Documents supporting Defend[ants'] Motion For Summary Judgment, herein this case.

3. Due to the facts that Plaintiff has filed [a] Motion For Remand Of Case Back To State Court And B[rief] In Support and Amended Motion For Remand Of Case B[ack to] State Court and Amended Brief In Support, herein this cas[e, and] this court has not yet ruled upon, and that this has ot[her] obligations which must be dealt with first, and due [to the] staff limit the number of times and hours which th[is...] can use the SMU minimum law library here for legal re[search...]

materials contained therein are extremely limited, and also due to the facts that Plaintiff is totally financially indigent and has no money at all to pay for photocopies of his Brief in Opposition to Defendants' Motion for Summary Judgment and Brief in Support, nor for the photocopies of the Documents which he intends to submit in support of his Brief nor of the other papers he'll file with his Brief & the Pa. Dept. of Corrections does "not" provide free photocopies of documents/papers & the one person which copies papers for Plaintiff has requested that Plaintiff send him nothing else to copy until February 2001, Plaintiff is unable to file & serve his Brief in Opposition to Defendants' Motion For Summary Judgment and Brief in Support and his supporting Documents/Papers on or before the present due date of December 22, 2000, and thus he requests an enlargement of time of sixty (60) days from this date to & including Feb. 18, 2000, in which to file & serve his Brief in Opposition to Defendants' Motion For Summary Judgment and Brief in Support and supporting Documents/Papers, herein this case.

RESPECTFULLY SUBMITTED,

(S) _John Richard Jae_

Dated = 18th DECEMBER 2000 =

MR. JOHN RICHARD JAE
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA-15370
Plaintiff and Pro Se Counsel

### CERTIFICATE OF SERVICE

I certify that on 12-18-00, I mailed to the person listed below a true & correct carbon copy of this Motion for Enlargement of Time by 1st Class Mail, Postage Pre-Paid & addressed to =

MR. MICHAEL L. HARVEY SDAG
Office of the Atty. Gen. of Pa.
15th Floor, Strawberry Square
Harrisburg, PA-17120

Dated/Executed on = 18th DECEMBER 2000 =
At = Waynesburg, Pennsylvania =

(S) _John Richard_
MR. JOHN RICHARD
Plaintiff and Pro Se...