From: MR. John Richard Joe,
BQ-3219

SCI-PITTSBURGH
PO BOX 99901
PITTSBURGH PA 15233-0901

January 25, 2001

To: The Office of the Clerk,
United States District Court,
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108-0983

FILED
HARRISBURG, PA
FEB 1 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: Joe vs. Clark, et al.,
Civil No. 1:CV-00-090

Re: Joe vs. Kyler, et al.,
Civil No. 1:CV-00-0315

Re: Joe vs. Wexford Health Services, Inc.,
Civil No. 1:CV-00-1524

Re: Joe vs. Dragovich, et al.,
Civil No. 1:CV-00-2123

and

Re: Joe vs. Lester
Civil No. 1:CV-01-0041

Dear Clerk:

Please be advised that the Plaintiff's address of record in each of the above-captioned Civil Actions should be changed to: Mr. John Richard Joe, #BQ-3219, SCI-Pittsburgh, P.O. Box 99901, Pittsburgh, PA 15233-0901, effective immediately.

CC: Mr. James D. Young, Esq.
Mr. Robert M. White, Esq.
Mr. Michael L. Harvey, Esq. (S)

Sincerely,
John Richard Joe
Mr. John Richard Joe,
Plaintiff and Pro Se Counsel