IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>**Plaintiff**<br>v.<br>KENNETH K. KYLER,<br>JOHN A. PALAKOVICH,<br>WILLIAM J. RHOADES,<br>MARTIN DRAGNOVICH,<br>OFFICER RUBENDALL, and<br>OFFICER RAGER,<br>**Defendants** | CIVIL NO. 1:CV-00-0315<br><br>FILED<br>HARRISBURG, PA<br>FEB 23 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

## O R D E R

Before the court is a report of the Magistrate Judge in which he recommends that Plaintiff's motions to remand the captioned action to state court be denied. Plaintiff has filed objections to the report and recommendation.

Plaintiff is a state prisoner who filed an action in state court against officers of the Pennsylvania Department of Corrections. Plaintiff alleges violations of the United States Constitution, among other claims. Defendants removed the captioned action to this court pursuant to 28 U.S.C. § 1441. In his motion to remand, Plaintiff alleges that Defendants have not satisfied 28 U.S.C. § 1446 because they have not stated the grounds for removal.

Plaintiff is in error. The petition for removal is filed pursuant to 28 U.S.C. § 1441 – original jurisdiction. In the petition, Defendants further allege that the federal court has jurisdiction pursuant to 28 U.S.C. § 1331, federal question, and § 1343, civil rights action. Thus, the petition for removal is not defective.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Smyser.

2) Plaintiff's motion for remand is denied.

3) This matter is remanded to Magistrate Judge Smyser for further proceedings.

SYLVIA H. RAMBO
United States District Judge

Dated: February *23*, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 23, 2001

Re:  1:00-cv-00315    Jae v. Kyler


True and correct copies of the attached were mailed by the clerk
to the following:

    John Richard Jae
    SCI-P
    SCI at Pittsburgh
    BQ-3219
    P.O. Box 99901
    Pittsburgh, PA  15233

    Michael L. Harvey, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

    Susan J. Forney, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120


```
cc:
Judge                            (X)  Rambo            ( ) Pro Se Law Clerk
Magistrate Judge                 (X)  Smyser           ( ) INS
U.S. Marshal                     ( )                   ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
```

```
                                  to:   US Atty Gen   ( )   PA Atty Gen   ( )
                                        DA of County  ( )   Respondents   ( )
Bankruptcy Court          ( )
Other_____( )
                                                      MARY E. D'ANDREA, Clerk


    DATE: February 23rd, 2001                   BY: _____
                                                    Deputy Clerk
```