(84)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, | Civil Action No. 1:00-cv-
   Plaintiff, |
 | U.S. District Judge Rambo
vs. | Magistrate Judge Smyser
 |
KENNETH D. KYLER, et al., |
   Defendants. |

FILED
HARRISBURG
FEB 28 2001
MARY E. D'ANDREA, CLERK
Per_____
   DEPUTY CLERK

MOTION FOR SANCTIONS, INTER ALIA MOTION
TO HOLD DEFENDANTS IN CONTEMPT AND
BRIEF IN SUPPORT

COMES NOW, the Plaintiff Pro-Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman Unlettered in the Arts & Sciences of the Laws & Legal Procedures within the United States, who now files his Motion For Sanctions, Inter Alia Motion To Hold Defendants In Contempt And Brief In Support, pursuant to Fed.R.Civ.P. 37, herein, & who, avers, deposes & states:=

1:- On or About December 27, 2000, Magistrate Judge Smyser, of this Court, ordered the Defendants to provide this Plaintiff with the discovery materials // Because this Plaintiff does "not" have his Second Request For Production of Documents nor his copy of the Court's order here, he cannot tell this Court the discov-

that he had requested therein his Second Request For Production Of Documents within ten (10) of the date of said order.

2. That the due date for the Defendants herein, to provide such discovery materials to the Plaintiff, herein "was" & "is" January 12, 2001.

3. Defendants have "not" complied with a "have" violated & disregarded the above-said order of this Court, as they "have" willfully & delibera failed to provide this Plaintiff with any of th discovery materials therein Plaintiff's Secon Request For Production Of Documents, herein although 50 days have now elapsed since the d of this Court's above-referred to order, herein this ca

### BRIEF IN SUPPORT

As stated herein above, on or about December 2000, this Court ordered Defendants to Provide Plaintiff with the discovery materials which he h requested therein his Plaintiff's Second Request For Producti Documents, herein, however, defendants "have" failed to comply 1-(until-) material which he requested therein nor the exact date of the 2/ Of further Importance is the "fact" that Defendan likewise failed to file a Motion for an enlargement of time f

such order of court and "_have_" willfully and deliberately violated such, herein, as they have "_not_" provided the plaintiff with such discovery materials as listed therein Plaintiff's Subpoena Request For Production of Documents, herein, & "_have_" likewise failed to offer any reason/excuse for their failure to do so, herein, and therefore by law, Fed.R.Civ.P. 37 - Defendants and their Counsel should be held in contempt and sanctioned/fined by this court in an amount as this court sees fit and shall be required to pay to this Plaintiff his costs for paper, carbon paper, pen, legal envelopes and postage costs for this here Motion/Brief and further be required to immediately provide Plaintiff with _all_ of the discovery materials which he requests therein his Plaintiff's Said Request For Production Of Documents, herein this case within 5 days of the date of this Court Order =

(W)HEREFORE, PLAINTIFF JOHN RICHARD JA[E]
Prays that this Court will grant this his Motion [in full]
and enter an Order, that, Defendants shall [be]
and are held in Contempt, sanctioned and Ordere[d]
to pay a fine to this Court in the amount o[f]
$_____, pay plaintiff the Costs of t[he]
Carbon Paper, Pen, Legal Envelopes, and Postage for [this]
Motion/Brief and are further Ordered to prov[ide]
the Plaintiff all of the discovery materials a[s]
listed therein the Plaintiff's Second Reques[t]
for Production of Documents within five(5) [days]
of the date of this Court's Order or be fined [$]
$_____ per day until they have complied f[ully]
with this Court's prior Order of on or About Dec[ember]
27, 2000, herein this case:

### VERIFICATION

I, John Richard Jae, Plaintiff and Pro Se Counsel, he[reby]
verify under penalty of perjury pursuant to 28 U.S.C.
§1746, that the facts alleged above, herein, are [true]
& correct, to the best of his knowledge, information & beli[ef.]

(S) _John Richard Jae_
Mr. JOHN RICHARD J[AE]
Plaintiff and Pro Se Cou[nsel]

Executed/Dated On:
15th FEBRUARY 2001 =
At: Pittsburgh, Pennsylvania =

Mr. John Richard Jae,
#BQ-3519
SCI - Pittsburgh
P.O. Box 99901
Pittsburgh, PA 15233[-...]