IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JOE, Plaintiff, | CIVIL No. 1:CV-00- |
| vs. | U.S. District Judge R— Magistrate Judge Sm— |
| KENNETH D. KYLER, et al., Defendants. | FILED HARRISBURG FEB 28 2001 MARY E. D'ANDREA, CLERK Per ___ DEPUTY CLERK |

MOTION FOR AN ORDER REQUIRING DEFENDANTS TO PERMIT THE PLAINTIFF TO COMMUNICATE WITH AND WRITE INMATE AT SCI-CAMP HILL PRISON ~~BRIEF IN SUPPORT~~

COMES NOW, the Plaintiff & Pro Se Counsel in above-entitled Civil Action, John Richard Joe, as a Layman unlettered in the Arts & Sciences of the Laws & Legal Proc— within the United States & now pursuant to Fed. R— P. 56(f), files his Motion for An Order Requiring Defendant— To Permit The Plaintiff To Communicate With And Write I— At SCI-Camp Hill Prison & Who, avers, deposes & states:

1. On or About October 17, 2000, Defendants, thru Counsel, f— their Motion For Summary Judgment and their Statement of Undisputed Facts, herein the above-captioned Civil Righ—

2. On or About December 5, 2000, Defendants, thru Counsel, filed th—

3. That, based upon the following facts ~~& arguments~~ as set forth herein, below & infra, as well as based upon the papers & files herein this case, which Plaintiff now hereby incorporates herein by reference hereto, all of the same, this Court should, in the interest of fundamental fairness & due process of law, enter an Order Requiring Defendants To Permit The Plaintiff To Communicate With And Write An Inmate At SCI-Camp Hill Prison, herein this case.

## BRIEF IN SUPPORT

In their ~~Statement of Undisputed Facts, submitted herein with their~~ Motion For Summary Judgment, Defendants claim ~~[redacted]~~ that: the Plaintiff has not been prohibited from following the exchange procedure and obtaining any legal or religious books or papers from his stored property.

However, Plaintiff strongly disputes such and avers that such is an out & out "lie" by Defendants herein this case.

Furthermore, Inmate Norman Johnston is an Inmate upat SCI-Camp Hill RHU, who was housed the RHU and near this Plaintiff during the relevant time periods pertaining to this suit.

Defendants also claim therein their Statem[ent] of Undisputed Facts, that, in November and December, 1999, Plaintiff's cell was not exce[ssively] hot.

However, Plaintiff strongly disputes such and [avers] that such "is" an out & out "lie" by Defendants, herein thi[s case].

Defendants also claim therein their Answer [and] Supplemental Answer to Plaintiff's Complain[t] and Supplemental Complaint, as well as in the[ir] Answers to Plaintiff's First Set of Interro[gatories] herein this case, that, Plaintiff had an opportun[ity] to receive his other religious material on November [] 1999, but he did not request such, and that Defen[dants] Rubendall & Roger did not deny him his legal an[d] religious materials in April & May, 2000.

However, Plaintiff strongly disputes such & avers th[at su]ch is an out & out "lie"(s) by Defendants, herein th[is case].

Plaintiff Joe therefore needs to obtain an Affidavit from SCI-Camp Hill RHU Inmate Norman Johnston to attach as an exhibit/evidence to his Brief In Opposition To Defendants' Motion For Summary Judgment And Memorandum Of Law In Support, this case, however, the Policy of the Pennsylvania Department of Corrections prohibits Inmates from corresponding with Inmates and therefore, this Plaintiff needs & requests an order from this court ordering Defendant Dragovich to allow this Plaintiff to send an Affidavit to SCI-Camp Hill RHU Inmate Norman Johnston and allowing Norman Johnston to sign & return such Affidavit to this Plaintiff at whichever Prison that this Plaintiff is confined in at such time, herein this case.

That, given the foregoing, herein, it would be an unfair & prejudicial manifest miscarriage of justice and an unconstitutional denial of due process of law for this court to deny this Motion as without such requested order this Plaintiff "<u>WILL</u>" be unable to obtain such Affidavit from N. Johnston & thus "<u>WILL</u>" be illegally denied relevant evidence which he needs to combat & oppose the "<u>lies</u>" & disputed facts of Defendants' Motion For Summary

That, this believes that this court has th[e] authority under & pursuant to Fed. R. Civ. P. 56[...] to enter this requested order, herein.

(W)HEREFORE, based upon the above [&foregoing] facts & arguments, herein, Plaintiff John Richard [Jae] prays that this court will grant this he[re Motion] & enter an order requiring Defendants to [permit] Plaintiff to communicate with An White Inmate [at] SCI-Camp Hill Prison, herein this case:-

AND HE SHALL EVER PRA[Y]
RESPECTFULLY SUBMITTED

(S) _John Richard Jae_
MR. JOHN RICHARD JAE,
#BQ-3219
SCI-Pittsburgh
P.O. Box 99901
Pittsburgh, PA-15233-0001

Dated: 15th FEBRUARY 2001:-

Plaintiff and Pro Se Counsel