IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, Plaintiff, | CIVIL No. 1:CK-00-02[?] |
| vs. | U.S. District Judge Ran[...] Magistrate Judge Smy[...] |
| KENNETH D. KYLER, et al., Defendants. | FILED HARRISBURG FEB 28 2001 MARY E. D[...], CLERK Per_____ DEPUTY CLERK |

## MOTION FOR AN ORDER REQUIRING PRISON CHAPLAIN REV. VOGEL AND OFFICER CHARLIE CRAIG TO SIGN AFFIDAVITS FOR THE PLAINTIFF HEREIN AND BRIEF IN SUPPORT

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman Unlettered in the Arts & Sciences of the Laws & Legal Procedures within the United [States] & now pur[suant] to Fed. R. Civ. P. 56(f) files his Motion For An Order Requiring Pris[on] Chaplain Rev. Vogel And Officer Charlie Craig To Sign Affida[vits] For The Plaintiff Herein And Brief In Support, & Whom verily, deposes & state[s]:

1. On or About October 17, 2000, Defendants, thru Counsel, filed their Motion [for] Summary Judgment & their Statement Of Undisputed Facts, herein this Civil Rights Ac[tion].

2. On or About December 5, 2000, Defendants, thru Counsel, filed their Memorandu[m in] Support Of Motion For Summary Judgment & their Documents Supporting Defendants' M[otion] For Summary Judgment herein this case.

3. That, based upon the following facts & argum[ents] as set forth herein, below & infra, as well as ba[sed] upon the papers & files, herein this case, which Pl[aintiff] now hereby incorporates herein by reference here[in,] all of the same, this Court should, in the interes[t] of fundamental fairness & due process of law, [issue] an Order requiring Prison Chaplain Rev. Vogel and Officer Charlie Cato to sign Affidavits for [the] Plaintiff herein, herein this case.

## BRIEF IN SUPPORT

In their Statement of Undisputed Facts, submi[tted] herein along with their Motion For Summary Judgment, Def[endants] claim that, the Plaintiff has not bee[n] prohibited from following the exchange proced[ure] and obtaining any legal or religious books or p[apers] from his stored property.

However, Plaintiff strongly disputes such & av[ers] that such is an act and an "Lie" by Defendan[ts] herein this case.

Defendants also claim in their Answer T[o] Plaintiff's Complaint, as well as therein their Ans[wer]

Plaintiff had an opportunity to receive his other religious material on November 23, 1999 but he did not request such.

However, Plaintiff strongly disputes such alleges, that such "IS" an out an out "LIE" by Defendants, as in this case the Plaintiff did "not" have an opportunity to receive his other religious material on November 23, 1999, because Defendant Lt. Rhoades order Officer Craig not to give such other religious material which this Plaintiff "did"/"had" requested then to this Plaintiff as the PRC had not yet approved such for him.

That, Rev. Vogel was & is the Protes. ant chaplain at SCI-Camp Hill.

That, back on November 23, 1999, Officer Charlie Craig was the SCI-Camp Hill RHU Property Officer.

That, Rev. Vogel was ordered to do an investigation to why this Plaintiff did not receive his other religious materials from his stored Property in the RHU Property Room at SCI-Camp Hill.

That, both Rev. Vogel and Officer Charlie Craig have informa

pertaining & relevant to the disputed material facts referred to herein, supra, which will not only back up & support the Plaintiff's claims, but will also show that the Defendants "are" "lying" here

However, the Plaintiff believes & therefore, also submits, that neither Rev. Vogel nor Officer Craig will voluntarily sign an Affidavit(s) for the Plaintiff, herein, as they would both be concerned that they would get in trouble for doing such and therefore, the Plaintiff needs & requests that this Court will order both Rev. Vogel and Officer Charlie Craig to review the Affidavit which this Plaintiff sent them & if such is true to sign & return such to this Plaintiff.

That, given the above & foregoing facts herein, it would be an unfair & prejudicial manifest miscarriage of justice and an unconstitutional denial of due process of law for this Court to deny this Motion as without such requested order this Plaintiff "will" be unable to obtain such Affidavits from Rev. Vogel and from Office Charlie Craig & thus he "will" be illegally denied relevant evidence which he needs to combat & oppose the "Fed" & disputed material facts of Defendants' Motion For Summary Judgment

That, this Plaintiff believes that this Court has the authority under & pursuant to Fed.R.Civ.P.56(f) to enter the requested order, he-

(W)HEREFORE, based upon the above & foregoing facts & arguments herein, Plaintiff John Richard Jae, prays that this Court will grant this here Motion in full & enter an order Requiring Prison Chaplain Rev. Vogel And Officer Charlie Craig to Sign Affidavits for the Plaintiff, Herein, herein this case

AND HE SHALL EVER PRAY:=

(S) _____John Richard Jae_____
MR. JOHN RICHARD JAE,
#BQ-3219
SCI-Pittsburgh
P.O. Box 99901
Pittsburgh, PA. 15233-0901

Plaintiff and Pro Se Counsel

Dated:= 15th FEBRUARY, 2001:=

Joe vs. Clark, et al.,
Civil No.: 1:CV-00-1090
CERTIFICATE OF SERVICE

I Certify that on 2/16/01, I mailed to the persons listed below a true & correct copy of the within Plaintiff's written Objections to the U.S. Magistrate Judge's Order of January 9, 2001, And Report And Recommendation of February 2, 2001, by U.S. 1st Class Mail, Postage Prepaid.

I certify that on 2/16/01, I gave the original of the above-same document to prison officials here for mailing to this Court.

I Certify under penalty of perjury & pursuant to 28 U.S.C. §1746, that the above, is true & correct.

| | |
|---|---|
| MR. James D. Young, Esquire | MR. Robert M. Wolff |
| LAVERY, FAHERTY, YOUNG & PATTERSON, P.C. | Assistant Counsel |
| Attorneys At Law | PA. Dept. of Corrections |
| P.O. BOX 1245 | Office of the Chief Counsel |
| Harrisburg, PA. 17108-1245 | 55 Utley Drive |
| | Camp Hill, PA. 17011 |

Dated/Executed On:   (S) ___John Richard Joe___
16th, February 2001.   MR. JOHN RICHARD JOE
At: Pittsburgh, Pennsylvania.   Plaintiff and Pro Se Counsel

From The Desk Of:
Mr. John Richard Jae,
#BQ-3219
SCI-Pittsburgh
P.O. Box 9990
Pittsburgh, PA. 15233-0901

February 16, 2001

To: The Office of the Clerk,
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

RECEIVED
HARRISBURG, PA
FEB 28 2001
MARY E. D'ANDREA, CLERK
Per _____

Re: Jae vs. Clark, et al.,
Civil No. 1=CV-00-1090

Dear Clerk:

Please file the enclosed Plaintiff's Written Objections to the U.S. Magistrate Judge's Order of January 9, 2001, and Report and Recommendation of February 2, 2001, herein the above-entitled civil action & send such to U.S. District Judge Rambo for her decision/ruling thereon.

Sincerely,

(S) John Richard Jae
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counsel

CC: Mr. James D. Young, Esq.,
    Mr. Robert M. Wolf, Esq.,
w/encl.