

From The Desk Of:
MR. John Richard Doe,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA- 15370-8089
February 25, 2001

FILED
HARRISBUR...
MAR 0 1 200...
MARY E. D'ANDREA,
Per
DEPUTY CLE...

To: The Office Of The Clerk,
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA- 17108-0983

Re: Doe vs. Kyler, et al.,
CIVIL No. 1: CV-00-0315

Re: Doe vs. Clark, et al.,
CIVIL No. 1: CV-00-1090

Re: Doe vs. Wexford Health Services, Inc.,
CIVIL No. 1: CV-00-1554

Re: Doe vs. Damovich, et al.,
CIVIL No. 1: CV-00-2123
and:

Re: Doe vs. Corrections Officer Lester,
CIVIL No. 1: CV-01-0041

Dear Clerk:
        Please be advised that effective

the Plaintiff's address of record in each of the

captioned CIVIL cases is changed back to:
Richard Doe, #BQ-3219, SCI-Greene/SMU, 175 Pr...
Waynesburg, PA- 15370-8089:

                    Sincerely,
                        John Richar...
CC: Mr. James D. Winning (S...