see att

88
3/8/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>      Plaintiff,<br><br>v.<br><br>KENNETH K. KYLER,<br>JOHN A. PALAKOVICH,<br>WILLIAM J. RHOADES,<br>MARTIN DRAGNOVICH,<br>OFFICER RUBENDALL, and<br>OFFICER RAGER,<br>      Defendants | : CIVIL NO: 1:CV-00-0315<br>:<br>: (Judge Rambo)<br>:<br>: (Magistrate Judge Smyser)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA

MAR 07 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### ORDER

On October 17, 2000, the defendants filed a motion for summary judgment and a statement of undisputed facts. After receiving a number of extensions of time, the defendants filed a brief in support of their motion for summary judgment on December 5, 2000. The plaintiff requested and received an extension of time until February 16, 2001 to file a response to the defendants' statement of material facts, a brief and any summary judgment evidence he has in opposition to the motion for summary judgment.

AO 72A
(Rev 8/82)

On February 28, 2001, the plaintiff filed a second motion for an enlargement of time to respond to the defendants' motion for summary judgment. The plaintiff requests the he not be required to respond to the summary judgment motion until thirty days after the court rules on his motion for sanctions, his motion for an order requiring the defendants to permit him to communicate with an inmate at SCI-Camp Hill and his motion for an order requiring Chaplain Vogel and Officer Craig to sign affidavits for him. Those other motions were filed by the plaintiff on February 28, 2001.

We will grant the plaintiff an extension of time. However, we will not grant the plaintiff an indefinite extension of time tied to rulings on other motions.

AND NOW, this 7th day of March, 2001, **IT IS HEREBY ORDERED** that the plaintiff's second motion (doc. 83) for an enlargement of time to respond to the defendants' motion for summary judgment is **GRANTED IN PART.** The plaintiff shall file a response to the defendants' statement of material facts, a

2

brief and any summary judgment evidence he has in opposition to the motion for summary judgment on or before May 4, 2001.

_____
J. Andrew Smyser
Magistrate Judge

Dated: March 7, 2001.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

March 7, 2001

Re:  1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

Susan J. Forney, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120
```

```
cc:
Judge                         ( /)              ( ) Pro Se Law Clerk
Magistrate Judge              ( /)              ( ) INS
U.S. Marshal                  ( )               ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen ( )   PA Atty Gen ( )
```

```
Bankruptcy Court           ( )        DA of County  ( )   Respondents ( )
Other_____ ( )
                                              MARY E. D'ANDREA, Clerk

DATE: ____3/7/01_____           BY: _____
                                              Deputy Clerk
```