From The Desk Of:
Mr. John Richard Joe,
#BQ-3019
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370-8089

March 9, 2001

**FILED**
HARRISBURG, PA

MAR 12 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

copy

To: The Office of the Clerk,
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

Re: Joe vs. Clark, et al.
Civil No. 1:CV-00-0315

Dear Clerk:

To Wit: I received U.S. District Judge Rambo's March 6, 2001, order, vacating the Court's prior order of February 28, 2001, adopting the Report and Recommendation of the magistrate judge and dismissing the captioned action, however, I am confused as I don't know what February 28, 2001, order she is referring to and I'm not even aware that any order had even been entered by this Court on February 28, 2001, as I never received any copy of any February 28, 2001, order, here in this above-captioned case, from your office and thus, I am currently sending you this here letter to ask you to promptly send me a copy of such February 28, 2001, order, here in the captioned case.

thanks.

Sincerely,

CC: Mr. Michael L. Harvey, Esq(s)
w/encls.

_John Richard Joe_
Mr. John Richard Joe
Plaintiff and Pro Se Counsel