**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

March 15, 2001

John Richard Jae
BQ-3219
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-8089

Re: Jae v. Kyler; 1:CV-00-0315

Mr. Jae:

    I am in receipt of your letter to the Clerk of Court dated March 9, 2001 and filed on March 12, 2001. In your letter you state that you received an Order from Judge Rambo dated March 6, 2001 vacating the court's prior order of February 28, 2001 and dismissing the above referenced action. You ask that the court send you a copy of the February 28, 2001 Order. A review of the docket in the above referenced action reveals that an Order was not filed on either March 6, 2001 or February 28, 2001. Perhaps you are confusing the above referenced case with one of your other cases.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Michael L. Harvey