*seal*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | |
| Plaintiff | : | |
| v. | : No. 1:CV-00-0315 | |
| KENNETH D. KYLER, individually, and in his official capacity, et al., | : (Judge Rambo) | |
| | : (Magistrate Judge Smyser) | |
| Defendants | : | |

FILED
HARRISBURG, PA

MAR 1 6 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

(Doc. 91)

AND NOW, this 16TH day of March, 2001 upon consideration of defendants' motion for an enlargement of time (until March 20, 2001) to file a brief in opposition to plaintiff's motion to require signing of affidavits is hereby ordered that the motion is granted.

By the Court,

_____
J. Andrew Smyser
Magistrate Judge

```
           UNITED STATES DISTRICT COURT
                    FOR THE
           MIDDLE DISTRICT OF PENNSYLVANIA

           * * MAILING CERTIFICATE OF CLERK * *

                    March 16, 2001


Re:  1:00-cv-00315    Jae v. Kyler


True and correct copies of the attached were mailed by the clerk
to the following:


     John Richard Jae
     SCI-GREENE
     #BQ-3219
     175 Progress Drive
     Waynesburg, PA  15370

     Michael L. Harvey, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, PA  17120

     Susan J. Forney, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, PA  17120




cc:
Judge                          ( )          ( ) Pro Se Law Clerk
Magistrate Judge               (X)          ( ) INS
U.S. Marshal                   ( )          ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )    PA Atty Gen ( )
```

| | | |
|---|---|---|
| Bankruptcy Court ( ) | DA of County ( ) | Respondents ( ) |
| Other_____ ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: 3/16/01

BY: /s/ STK
Deputy Clerk