IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,           :
                            :
        Plaintiff           :
                            :
    v.                      :    No. 1:CV-00-0315
                            :
KENNETH D. KYLER, individually, and : (Judge Rambo)
in his official capacity, et al.,   :
                            :    (Magistrate Judge Smyser)
        Defendants          :

## ORDER

AND NOW, this 16TH day of MARCH, 2001 upon consideration of defendants' motion for an enlargement of time to file brief in opposition to plaintiff's motion to obtain permission to correspond with another inmate is hereby ordered that the motion is granted. Defendants may file a brief in opposition to the motion on or before March 20, 2001.

By the Court,

J. Andrew Smyser
Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

March 16, 2001

Re:  1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

Susan J. Forney, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

```
cc:
Judge                              ( )           ( ) Pro Se Law Clerk
Magistrate Judge                   (✓)           ( ) INS
U.S. Marshal                       ( )           ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen  ( )    PA Atty Gen ( )
```

| | |
|---|---|
| Bankruptcy Court ( ) | DA of County ( )   Respondents ( ) |
| Other_____ ( ) | MARY E. D'ANDREA, Clerk |

DATE: _____3/16/01_____   BY: _____
                              Deputy Clerk