IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
    Plaintiff,

vs.

KENNETH D. KYLER, et al.,
    Defendants.

Civil No. 1:CK-00-315
U.S. District Judge Rambo
Magistrate Judge Smyser

**ORIGINAL**
FILED
APR 11 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

MOTION FOR LEAVE OF COURT TO FILE A REPLY BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT WHICH EXCEEDS THE FIFTEEN (15) PAGE ALLOWABLE LIMIT UNDER MDLR 7-8 AND BRIEF IN SUPPORT

COMES Now, the Plaintiff, Pro Se Counsel in the above Civil Action, John Richard Jae, as a Layman Unlettered in the Sciences of the Laws & Legal Procedures within the United [States] & now files his Motion For Leave of Court To File A Reply Brief In Opposition To Defendants' Motion For Summary Judgment And Memorandum Law In Support Which Exceeds The Fifteen (15) Page Allowable [Limit] Under MDLR 7-8 And Brief In Support, herein, & who avers & states:

1. On or About October 17, 2000, Defendants, by [Counsel] Filed their Motion For Summary Judgment and Statement [of] Undisputed Facts, herein this case.

2. On or About December 5, 2000, Defendants, by Counsel [Filed] their Memorandum Of Law In Support of and Documents supporting Motion For Summary Judgment, herein [this case].

3. This is the Plaintiff's Motion For Leave of Court [To File] A Reply Brief In Opposition To Defendants' Motion For Summary Judgment And Memorandum Of Law In Support Which Exceeds The Fifteen (15)

## BRIEF IN SUPPORT

M.D. LR 7.8 of this Court requires a party seeking to file a Brief or Reply Brief which exceeds fifteen (15) p[ages] to state the length of the Brief requested and in accord[ance] with such, this Plaintiff states that the length of his Brief In Opposition To Defendant's Motion For Summary Judg[ment] And Memorandum of Law In Support is thirty-eight (38) [pages].

This Court will benefit from a more extensive a[rgument] for the Plaintiff than can be accomplished in just fifteen [pages].

Furthermore, in order to fully address & combat Def[endant's] claims and Arguments of their Memorandum of Law In Supp[ort of] Motion For Summary Judgment, Plaintiff's argument had to [be] thirty-eight (38) pages and requiring the Plaintiff to file a [lesser] number of pages of argument would deny him his right to adequately address & combat Defendant's claims & argum[ents and] therefore would illegally deny him his 14th Amendment U[.S.] Constitutional Rights to due process of the law.

This Court has previously allowed this Plaintiff t[o file] Reply Briefs totally fifty (50) pages in <u>Jae vs. Long</u>, [No.] No. 1=CK-99-0071, (45) forty-five pages in <u>Jae vs. Laske[y]</u>, 1=CK-99-1610 and previously herein this instant case, permitted this Plaintiff to file a Reply Brief containing [pages] of argument.

(W)HEREFORE, Plaintiff John Richard Jae, prays t[his] Court will grant this Motion In Full.

AND HE SHALL EVER [PRAY]
RESPECTFULLY SUBMI[TTED]

Dated: 3rd APRIL 2001 =

(s) <u>John Richard Jae</u>
MR. JOHN RICHARD [JAE]
#BQ-3219
SCI-Greene/AMU
175 Progress Drive
Waynesburg, PA 15[370]