(104)

From the Desk of:
Mr. John Richard Gray
#BQ-2919
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370-8089

April 9, 2001

Re: Office of the Clerk;
U.S. District Court
228 Walnut Street
P.O. Box 983
Waynesburg, PA. 15370-8089

Dear Clerk;
Please file the enclosed Exhibit-"A" to Plaintiff's Reply Brief in Opposition to Defendants Brief in Opposition to Plaintiff's Motion to Permit the Plaintiff's Common Pleas with Inmate at SCI-Camp Hill Prison, herein the above-entitled Civil Action pursuant to LR73 of this Court.

Sincerely,

Mr. John Richard Gray
Plaintiff and Pro Se

CC: Mr. Michael L. Harvey, Esq. (s)
w/encl.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE'S COPY

Civil No. 1:CV-00-0315

U.S. District Judge Ra[mbo]

Magistrate Judge Smyse[r]

EXHIBIT-A TO PLAINTIFF'S
BRIEF IN OPPOSITION TO DEF[ENDANTS']
BRIEF IN OPPOSITION TO PLAINTI[FF]

Filed By: MR. JOHN RICHAR[D]
          Plaintiff and Pro S[e]



FILED
APR 13 2001
PER _____ HARRISBURG, PA. _____ DEPUTY CLERK

MR. John Richard
#BQ-3219
SCI-Greene/SMU
175 Progress Dr[ive]
Waynesburg, PA-15[370]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
           Plaintiff,

     vs.

KENNETH D. KYLER, et al.
           Defendants.

CIVIL No. 1-CV-00-0[...]
U.S. District Judge [...]
Magistrate Judge Smys[...]

EXHIBIT TO PLAIN[TIFF'S]
REPLY BRIEF IN OP[POSITION]
TO PLAINTIFF'S
TO DEFENDANTS' BRI[EF IN]
OPPOSITION TO PLAI[NTIFF'S]
MOTION TO PERMIT T[HE]
PLAINTIFF TO COMMUN[ICATE]
WITH INMATE AT S[CI CAMP]
HILL PRISON

Filed By: MR. JOHN RICH[ARD JAE]
              Plaintiff and A[ppellant]

MR. JOHN RICHARD J[AE]
#BQ-3214
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 153[...]

**DC-804**
PART 1

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**          GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr. Ben C. Livingood | SCI-Camp Hill | 8-09-0 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Mr. John R. Thor, #BR-3119-(c) | John R. Thor | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| None | RHU/D-B103 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

On 8-07-00, I spoke with Superintendent Dragovich here in the RHU & verbally requested that he give myself and Inmate Norman Johnston permission to pass my legal/court papers back & forth, as I wanted & needed Norman Johnston to assist me with certain of my legal cases & to do an Affidavit in court cases for me; that this was necessary because Norman Johnston cannot go to the RHU mini law library and by policy I do not qualify for assistance from the staff paralegal nor the Inmate legal aides here. Supt. Dragovich told me then that he would not be able to approve this as Corr. Hambright had a policy (I have never seen nor been given a copy of such policy as stated) that there was to be no passing of anything at all between inmates but such a policy as applied to legal papers unconstitutionally denies my right to seek legal advice from another inmate...

**B. Actions taken and staff you have contacted before submitting this grievance:** Yes (1904). Enough to find Advice. I first tried to informally resolve the above matter by verbally discussing such with Superintendent Dragovich when he made his rounds in the RHU on 8-07-00 & I have also previously verbally discussed such with the D.R.C. Lee Little...

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                              Date

DC-804.                              **ATTACHMENT #4**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA  17001

| | | Grievance No. CAM-0473-00 |
|---|---|---|

**Official Inmate Grievance** - Review by Grievance Officer
Complaint File Number Assigned by Grievance Officer

| To: Number | Name | Quarters Assignment | Date |
|---|---|---|---|
| BQ-3219 | John Jae | D Block | 8/10/00 |

This complaint has been reviewed. Below is a summary of my review and/or investigation and recommendations. Objections may be filed with the Superintendent within five (5) days.

Superintendent Dragovich has already informed you that under direction from the Department of Corrections there is to be no exchange of property of any kind among RHU inmates. No further personal interview is necessary because this matter has been addressed by the Superintendent in a face-to-face meeting with you on Tuesday, August 8, 2000.


cc: Superintendent Dragovich
    Deputy Novotney
    Deputy Palakovich
    Mr. Spirk
    Central File
    Inmate

| Signature of Grievance Officer | Da |
|---|---|
| *[signature]* | |

**COMMONWEALTH OF PENNSYLVANIA**
**State Correctional Institution at Camp Hill**

**DATE:** August 21, 2000

**SUBJECT:** Appeal to Superintendent
Grievance No. CAM-0473-00

**TO:** John Jae
BQ-3219
D Unit

**FROM:** Martin L. Dragovich
Superintendent

Receipt of your Appeal to Superintendent of Grievance CAM-0473-00 is acknowledged. In preparing this response, I have reviewed your original grievance, the grievance coordinator's response, and your appeal to this office. Also, please recall our conversation on this very matter during my weekly rounds earlier this month.

I believe Mr. Livingood's first level response accurately portrays my response to your inquiry of August 7, 2000.

For reasons previously cited, I must continue to disapprove your original verbal request and, therefore, this grievance appeal.

MLD/lp

cc: Deputy Novotney
Deputy Palakovich
Mr. Livingood
DC-15
File – CAM-0473-00

- A -  -3-

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
2520 LISBURN ROAD, P.O. BOX 598
CAMP HILL, PA 17001-0598

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

January 26, 2001

John Jae, BQ-3219
SCI Pittsburgh

                          Re:    DC-ADM 804 - Final Review
                                  Grievance No. CAM-0473-00

Dear Mr. Jae:

    Your request for appeal to final review of the above noted grievance is hereby acknowledged.

    In accordance with the provisions of DC-ADM 804, VI D, as amended effective November 1, 1997, I have reviewed the entire record of this grievance; including your initial grievance, the Grievance Officer's response, your appeal from initial review and the Superintendent's response.

    After a careful evaluation of this grievance, it is the decision of this office that your appeal be dismissed as untimely. DC-ADM 804 provides you with a period of seven (7) days in which to appeal the response from the Superintendent. While we will often exercise latitude in issues of timeliness, it is noted your appeal is well beyond the stipulated seven-day period and includes no reason for this delay.

    For the above stated reason, your appeal to final review is dismissed.

                                              Sincerely,

                                              Thomas L. James
                                              Chief Grievance Coordinator

TLJ:tck

pc:    Superintendent Johnson
        Superintendent Dragovich

—A— —4—

## CERTIFICATE OF SERVICE

I certify that on: 4-09-01, I mailed to the person listed below a true & correct copy of the within Exhibit-A- to Plaintiff's Reply Brief in Opposition to Defendants' Brief in Opposition to Plaintiff's Motion to Permit the Plaintiff to Communicate with Inmate at SCI-Camp Hill Prison, by way of First-Class U.S. Mail, postage pre-paid & addressed to:

Mr. Michael L. Harvey, SDAG
Office of the Attorney General
of Pennsylvania
15th Fl.-Strawberry Square
Harrisburg, PA. 17120

I certify that on 4-09-01, I gave to Prison Officials here the original of the above-same document for mailing to the Court.

I certify under penalty of perjury & pursuant to 28 U.S.C. §1746 that the above, is true & correct:

Dated/Executed on:   (S) _____John Richards_____
9th April 2001=          Mr. John Richards
At: Waynesburg, Pennsylvania=   #BQ-8219
                                 SCI-Greene/CMU
                                 175 Progress Drive
                                 Waynesburg, PA. 15370