UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>      Plaintiff,<br><br>v.<br><br>KENNETH K. KYLER,<br>JOHN A. PALAKOVICH,<br>WILLIAM J. RHOADES,<br>MARTIN DRAGNOVICH,<br>OFFICER RUBENDALL, and<br>OFFICER RAGER,<br>      Defendants | : CIVIL NO: 1:CV-00-0315<br>:<br>: (Judge Rambo)<br>:<br>: (Magistrate Judge Smyser)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA

APR 1 6 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

**ORDER**

On October 17, 2000, the defendants filed a motion for summary judgment and a statement of undisputed facts. After receiving a number of extensions of time, the defendants filed a brief in support of their motion for summary judgment on December 5, 2000. The plaintiff requested and received extensions of time until May 4, 2001 to file a response to the defendants' statement of material facts, a brief and any summary judgment evidence he has in opposition to the motion for summary judgment.

AO 72A
(Rev 8/82)

On April 11, 2001, the plaintiff filed a motion for leave to file a brief in opposition which exceeds fifteen pages in length. The plaintiff is seeking leave to file a brief which is thirty-eight pages in length.

After reviewing the defendants' brief in support of their motion for summary judgment and given the nature of this case, we conclude that there is no reasonable need for the plaintiff's brief in opposition to the summary judgment motion in this case to exceed fifteen pages.

**IT IS ORDERED** that the plaintiff's motion (doc. 101) for leave to file a brief in opposition which exceeds fifteen pages is **DENIED**.

J. Andrew Smyser
Magistrate Judge

Dated: April 16, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 16, 2001

Re:  1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

  John Richard Jae
  SCI-GREENE
  #BQ-3219
  175 Progress Drive
  Waynesburg, PA  15370

  Michael L. Harvey, Esq.
  Office of Attorney General
  Strawberry Square
  15th Floor
  Harrisburg, PA  17120

  Susan J. Forney, Esq.
  Office of Attorney General
  Strawberry Square
  15th Floor
  Harrisburg, PA  17120

```
cc:
Judge                         ( )/            ( ) Pro Se Law Clerk
Magistrate Judge              ( )/            ( ) INS
U.S. Marshal                  ( )             ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
```

|                   |     |   DA of County ( )   Respondents ( )   |
|---|---|---|
| Bankruptcy Court  | ( ) |                                        |
| Other _____ | ( ) |                                        |

MARY E. D'ANDREA, Clerk

DATE: _____4-16-01_____     BY: _____/s/_____
                                 Deputy Clerk