From The Desk Of:
Mr. John Richard Jae,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
~~[redacted]~~
Waynesburg, PA-15370-8089
April 6, 2001

**ms. responded 4/24**

**ORIGINAL**

REC'D  FILED  APR 20 2001  FILED HARRISBURG, PA  APR 20 2001  MARY E. D'ANDREA, CLERK  HARRISBURG, PA  DEPUTY C[LERK]

To: Ms. Melissa Sayres, Law Clerk to
U.S. Magistrate Judge J. Andrew Smyser
United States District Court
Middle District of Pennsylvania
P.O. Box 927, Federal Building
228 Walnut Street
Harrisburg, PA-17108-0827

Re: Jae vs. Dragovich, et al., and Jae vs. Kyler, et al.,
Civil No. 1:CV-00-2123    Civil No. 1:CV-00-0315

**mag. Smyser**

Dear Ms. Sayres:

I am writing & sending you this here letter on the above civil rights action, as on 4-14-01, I received a court order in the above-captioned civil action, from U.S. Magistrate Judge Smyser, dated April __, 2001, stating, on March 6, 2000, the defendants filed a motion to dismiss complaint. The plaintiff has not filed a brief in opposition to the motion to dismiss as required by Local Rule 7-6, Rules of Court, M.D. Pa., and that the plaintiff shall file a brief in opposition to the motion to dismiss on or before April 27, 2001. However, there is a problem here on this. On April 6, 2001, I mailed in to the Clerk's Office, for filing in the above, plaintiff's motion for enlargement of time in which to file & serve in opposition to defendants' motion to dismiss, in the above-entitled civil action, and requesting an enlargement of time until May 21, 2001, in which to file his brief. Did you not receive such? Also, on April 6, 2001, I filed briefs in opposition to defendants' briefs in opposition to plaintiff's motion for order to permit plaintiff to communicate with inmate at SCI-[...], & defendants' brief in opposition to plaintiff's motion for an order requiring chaplain Rev. Legel and officer Charlie Craig to sign affidavits for plaintiff, Kyler, et al., Civ. No. 1:CV-00-0315. Did you not receive such, also. Please check the case files for these documents & reply back to me in writing on this.

Sincerely,
John Richard [Jae]