*see all*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:CV-00-0315 |
| | : | |
| KENNETH D. KYLER, individually, and | : | (Judge Rambo) |
| in his official capacity, et al., | : | |
| | : | (Magistrate Judge Smyser) |
| Defendants | : | |

FILED
HARRISBURG, PA

MAY 3 1 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 31st day of May, 2001 upon consideration of defendants' motion for an enlargement of time to respond to plaintiff's discovery, it is hereby ordered that the motion is (Doc. 113) granted. Defendants may respond to plaintiff's second set of interrogatories and plaintiff's third request for production of documents on or before June 1, 2001.

By the Court,

J. Andrew Smyser
Magistrate Judge

```
              UNITED STATES DISTRICT COURT
                      FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                      May 31, 2001


Re:  1:00-cv-00315    Jae v. Kyler



True and correct copies of the attached were mailed by the clerk
to the following:


     John Richard Jae
     SCI-GREENE
     #BQ-3219
     175 Progress Drive
     Waynesburg, PA  15370

     Michael L. Harvey, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, PA  17120

     Susan J. Forney, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, PA  17120




cc:
Judge                           (✓)              ( ) Pro Se Law Clerk
Magistrate Judge                (✓)              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen ( )
```

|  |  |
|---|---|
| | DA of County ( )   Respondents ( ) |
| Bankruptcy Court ( ) | |
| Other_____ ( ) | MARY E. D'ANDREA, Clerk |
| DATE: 5-31-01 | BY: /s/ _____<br>Deputy Clerk |