IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, | CIVIL-1:CV-00-03

Plaintiff,

**JUDGE'S COPY**

U.S. District Judge Rambo
Magistrate Judge Smyser

vs.

KENNETH D. KYLER, et al.,

**FILED
HARRISBURG
JUN 0 8 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK**

Defendants.

MOTION TO STRIKE DOCUMENTS SUPPORTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN
SUPPORT AND BRIEF IN SUPPORT

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled civil action, John Richard Jae, as a layman unlettered in the artisces of the laws & legal procedures within the United States & now files his motion to strike Documents Supporting Defendants' Motion For Summary Judgment And Memorandum In Support And Brief In Support, pursuant to Fed. R. Civ. P. 12(f), hereof & who, avers & deposes & states:

### The Motion

1. On or about October 17, 2000, Defendants, by counsel, filed their Motion For Summary Judgment and Statement of Undisputed Facts, herein the above-entitled civil action.

2. On or about December 5, 2000, Defendants, by counsel, filed Memorandum In Support Of Motion For Summary Judgment and the Documents Supporting Defendants' Motion For Summary Judgment, herein case.

1

3- Plaintiff John Richard Jae now files his motion to strike Documents Supporting Defendants' Motion For Summary Judgment And Memorandum In Support And Brief In Support, both in this case, and moves this court to strike such, defendants violation of Fed. Civ. R. (b)(1)(6)&(e).

## BRIEF IN SUPPORT

Plaintiff John Richard Jae avers & submits, that in R.Civ.P., Rules 12(b)(1) &(6) & 56(e), state, as follows:

12(b) How Presented. Every defense, in law or fact, to a claim for relief in any pleading, whether a claim, counter claim, cross claim, or third-party claim, shall be asserted in the responsive pleading thereto if one is required, except that the following defenses may at the option of the pleader be made by motion:

(1) lack of jurisdiction over the subject matter,
(2) lack of jurisdiction over the person,
(6) failure to state a claim upon which relief can be granted, - - - -

56(e) Form of Affidavits; Testimony; Defense Required. Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. - - - -

2

Defendants' Documents supporting Defendants' Motion For Summary Judgment and Argument Points I, II, of their Memorandum In Support of Motion For Summary Judgment, herein this case, violate Fed. R. Civ. P., Rules 12(b)(1)(2) & (6) & 56(e), as set forth below, and as such contain material which is impertinent and scandalous matter and contains an insufficient defense, shall must be ordered stricken accordance with Fed. Civ. P., Rules 11(c)(1)(A) and 12(f).

The Documents supporting the Defendants' Motion For Summary Judgment, in this case sub judice, contain impertinent and scandalous matter as such documents are "not" sworn or certified copies of papers or parts thereof, such violate and run afoul of Fed. R. Civ. P. 56 and thus Defendants, by federal law, may not use nor rely upon such and this Court, by federal law, "must" order such stricken and may not legally consider any of such.

Argument Parts I and II of the Defendants' Memorandum In Support of Motion For Summary Judgment, in this case sub judice, contains matter which is impertinent and scandalous matter and an insufficient defense as such should, by federal law, have be raised in a Motion To Dismiss The Complaint, filed pursuant to Fed. R. Civ. P., Rule 12(b)(1)(2) & (6), however, Defendants did "not" do so herein this case, & thus, as a consequence, they "have" by proper procedure, have violated Fed. R. Civ. P., 12(b)(1)(2) & (6); & thus, are, by federal law, barred from raising

3

<u>all</u> of that stated therein Argument Points I & II, their Memorandum In Support of Motion For Summary Judgment, and this Court "<u>MUST</u>" follow & abide by the controlling Federal Law it has taken an to uphold & strike Argument Points I and II, in their entirity from Defendants' Memorandum In Support of Motion For Summary Judgment, here in this case, and pursuant to Fed. R. C. P., Rule 12(b)(1)(2) & (6) on a 11(c)(1)(A) for a violation of Fed. R. C. P., Rules 11(b)(2).

(W)HEREFORE, Plaintiff John Richard Jae, prays this Court will enter an order striking the Documents supporting Defendants' Motion For Summary Judgment in their ity, pursuant to Fed. R. C. P. 11(c)(1)(A) or Fed. R. C. P. 12(f), for Defendants' violation of Fed. R. C. P. 11(b)(2) & 6(e) <u>and</u> striking Argument Points I and II, of Defendants' Memorandum In Support of Motion For Summary Judgment in their entirity, pursuant to Fed. R. C. P. 11(c)(1)(A) or Fed. R. C. P. 12(f), for Defendants' violation of Fed. R. C. P. 11 (2) & 12(b)(1)(2) & (6); based upon that stated & argued here above & supra:

AND HE SHALL EVER PRAY:
RESPECTFULLY SUBMITTED:

(S) ___John Richard Jae___
MR. JOHN RICHARD JAE,
Dated: 3rd JUNE 2001: #BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370-8089

Joey vs. Kyler, et al.,
Civil No. 1: CV-00-0315

## CERTIFICATE OF SERVICE

I certify that on 6-05-01, I mailed to the person listed below a true & correct carbon copy of each of the Plaintiff's Motion to Documents Supporting Defendants' Motion For Summary Judgment, Memorandum In Support and Brief In Support; Motion For Stay And Brief In Support; Motion For Leave of Court To File A Brief In Opposition To Defendants' Motion For Summary Judgment And Memorandum In Support Which Exceeds The Fifteen (15) Page Under M.D. LR 7.8 And Brief In Support and Motion For Order of C Requiring SCI-Greene Prison Officials To Return To The Plaintiff His Legal Materials, Court Case Files And Law Books And To Assi Him with Enough Paper, Carbon Paper And Envelopes To Enable Hi Meet Court Deadlines, Inter Alia Petition For Writ of Mandam And Brief In Support, by U.S. 1st Class Mail, postage prepaid @ address

MR. Michael L. Harvey, SDAG
Office of the Attorney General of Pennsylvania
15th Floor - Strawberry Square
~~[redacted]~~
Harrisburg, PA. 17120

I certify that on 6-05-01, I gave to Prison Officials here A to this Court, the originals of each of the above-mentioned documen

I certify under penalty of perjury that the above, Is true & Pursuant to 28 U.S.C. §1746.

Dated/Executed On:
5th June 2001:
At: Waynesburg, Pennsylvania:

(s) _John Richard J___
MR. JOHN RICHARD J
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 1537

Plaintiff and Pro Se Co