IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,         :   CIVIL No.: 1:CV-00-0315
   Plaintiff              :
                          :   JUDGE'S COPY
                          :   U.S. District Judge Rambo
   vs.                    :   Magistrate Judge Smyser
                          :
KENNETH D. KYLER, et al., :   **FILED**
   Defendants.            :   **HARRISBURG**
                          :   JUN 0 8 2001
                          :   MARY E. D'ANDREA, CLERK
                          :   Per _____ DEPUTY CLERK

MOTION FOR LEAVE OF COURT TO FILE A BRIEF IN
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AND MEMORANDUM IN SUPPORT WHICH
EXCEEDS THE FIFTEEN (15) PAGE LIMIT UNDER M.D.
LR 7.8 AND BRIEF IN SUPPORT

Comes now, the Plaintiff Pro Se counsel in the above-captioned Civil Action, John Richard Jae, as a layman unlettered in the arts & sciences of the laws & legal procedures within the United States, now files his Motion For Leave Of Court To File A Brief In Opposition Defendants' Motion For Summary Judgment And Memorandum In Support, Exceeds The Fifteen (15) Page Limit Under M.D.LR 7.8 And Brief In Support, herein, & who, avers, deposes & states:

1. On or about October 17, 2000, Defendants, by Counsel, filed their Motion Summary Judgment and Statement Of Undisputed Facts, herein this

2. On or about December 5, 2000, Defendants, by Counsel, filed their Memorandum In Support of and Documents Supporting Defendants' Motion For Summary Judgment, herein this case.

3. This is the Plaintiff's Motion For Leave Of Court To File A Brief

Opposition To Defendants' Motion For Summary Judgment And Memorandum In Support which exceed the Fifteen (15) Page Limit under M.D.LR 7.8 And Brief In Support.

## BRIEF IN SUPPORT

M.D.LR 7.8 requires a party seeking leave to file a Brief or Reply Brief which exceeds fifteen (15) Pages to state the length of the Brief requested and in accordance with such, the Plaintiff states that the length of his Brief In Opposition To Defendants' Motion For Summary Judgment And Memorandum In Support is 17 pages.

That, this is only two (2) pages over the Fifteen (15) Page limit and thus it would be unfair and unreasonable for this to deny such.

That, this Court will benefit from a more extensive argument for the Plaintiff than can be accomplished in just (15) fifteen pages.

Further, in order to fully address & combat Defendants' Claims & Arguments of their Memorandum In Support of Motion For Summary Judgment, Plaintiff's arguments/conclusion had to take seventeen (17) Pages & requiring Plaintiff to file any lesser number of argument would deny him his rights to fully & adequately address & counter Defendants' Claims & Arguments of their Memorandum In Support & therefore would erroneously deny him his 14th Amendment U.S. Constitutional Rights to due process of Law & would be especially egregious, unfair, prejudicial & unreasonable in light of the fact that Plaintiff's Brief is on two (2) pages over the Fifteen (15) Page Limit.

This Court has previously allowed this Plaintiff to file Briefs totaling 50 pages in Jae vs. Long, et al., Civil No. 1:CV-99-

(45) forty-five pages in Jae vs. Laskey, Crt. No. 1=CV-99-1610; (20) twenty pages in Jae K. Chr et al., Crt. No. 1=CV-00-1090; and previously herein the case sub judice, this Court allowed this Plaintiff to file a Brief totaling twenty-one (21) pages of argument.

(W)HEREFORE, the interests of justice and fundamental fairness require this Court to grant this Motion and allow this Plaintiff to file his Seventeen (17) Page Brief in Opposition to Defendants' Motion for Summary Judgment & Memorandum of Law in Support herein this Civil Rights Action.

RESPECTFULLY SUBMITTED

(S) John Richard Jae

MR. JOHN RICHARD JAE,
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA-15370-8089

Dated: 3rd June 2001

Plaintiff and Pro Se Counsel