UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | : CIVIL NO: 1:CV-00-0315 |
| Plaintiff, | : |
| | : (Judge Rambo) |
| v. | : |
| | : (Magistrate Judge Smyser) |
| KENNETH K. KYLER, | : |
| JOHN A. PALAKOVICH, | : |
| WILLIAM J. RHOADES, | : |
| MARTIN DRAGNOVICH, | : |
| OFFICER RUBENDALL, and | : |
| OFFICER RAGER, | : |
| Defendants | : |

**ORDER**

On October 17, 2000, the defendants filed a motion for summary judgment and a statement of undisputed facts. After receiving a number of extensions of time, the defendants filed a brief in support of their motion for summary judgment on December 5, 2000. The plaintiff's response to the defendants' statement of material facts, a brief and any summary judgment evidence he has in opposition to the motion for summary judgment were due to be filed on or before June 18, 2001.

On April 11, 2001, the plaintiff had filed a motion for leave to file a brief in opposition which exceeds fifteen pages in length.  The plaintiff sought leave to file a brief which is thirty-eight pages in length.  After reviewing the defendants' brief in support of their motion for summary judgment and given the nature of this case, by an Order dated April 16, 2001 we concluded that there is no reasonable need for the plaintiff's brief in opposition to the summary judgment motion in this case to exceed fifteen pages and we denied the plaintiff's motion.  The plaintiff appealed that order to Judge Rambo.  By an Order dated April 30, 2001, Judge Rambo affirmed the Order of April 16, 2001.

On June 18, 2001, the plaintiff filed another motion for leave to file a brief which exceeds fifteen pages in length.  This time the plaintiff is seeking leave to file a brief which is seventeen pages in length.  We will grant this motion.

2

AO 72A
(Rev 8/82)

AND NOW, this 21st day of June, 2001, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 118) for leave to file a brief in opposition which exceeds fifteen pages is **GRANTED**. The plaintiff may file a brief in opposition which does not exceed seventeen pages.

J. Andrew Smyser
Magistrate Judge

Dated: June 21, 2001.