COPY
126

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                    CIVIL NO. 1=CV-00-

        PLAINTIFF,                   Judge Rambo

    VS.                              Magistrate Judge Smy

KENNETH D. KYLER, etal.

        Defendants.

JUDGE'S COPY
FILED
HARRISBURG
JUN 27 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## MOTION TO COMPEL DISCOVERY

The Plaintiff John Richard Jae moves this Court pus
to Rules 33(b)(4) & (5), 34(b) & 37(a), Fed. R. Civ. P., for
order compelling the defendants to answer in full Inter
No. 18 of Plaintiff's Second Set of Interrogatories and
produce for inspection and copying the documents
in the Plaintiff's Third Request For Production Of Doc
on April 22, 2001, herein this case.

    This Motion is based upon the papers and files i
this case and upon the Plaintiff's accompanying
In Support Of Motion To Compel Discovery and t
Exhibits attached thereto, submitted here

                    RESPECTFULLY SUBMIT

                    _John Richard Jae_
    (9)    _____
           MR. JOHN RICHARD JAE,
           #BQ-3219
           SCI-Greene/smu
           175 Progress Drive
           Waynesburg, PA-15370-

Dated= 21.56 JUNE 2001=

                    Plaintiff and Pro Se Cou

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

~~JUDGE'S COPY~~

JOHN RICHARD STAP,

Plaintiff,

vs.

KENNETH D. KYLER, et al.,

Defendants.

Civil No.: 1:CV-00-0315
U.S. District Judge Rambo
Magistrate Judge Smyser

FILED
HARRISBURG, PA

JUN 27 2001

MARY E. D'ANDREA, CLERK
Per _____

PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff John Richard Stap, pursuant to Rule 34(b) Fed.R.Civ.P.
his Third Request for Production of Documents herein the above-entitled
Rights Action, and Requests that the produce all of the Documents
listed herein, below & thereby within thirty (30) day of receipt of this
by providing the Plaintiff with entire copies of the documents
or by producing all of such for Plaintiff's Inspection and copying

1. Any and all Request Forms written by Plaintiff the

Defendants Kyler and/or Palakovich, during the months of
and December, 1999 about the denial of his own personal
religious materials, showers and outside exercise in the
about exeessive heat/ventilation problems in the RH
about the Plexiglass shield being placed over the Plain
Door.

2. Any and All letters which the Plaintiff wrote to
Deputy Secretary of Corrections Board and/or to Deputy S
Corrections William Love concerning the denials of h
Personal lawbooks & Religious materials, showers and
exercise in the Sci-Camp Hill RH U and/or about exceessive

1999; and the written replies sent to this Inmate/Plaintiff on such letters.

3. A copy of each of the DC-141 PART III 30 DAY/PRC REVIEW Papers on the Plaintiff for the months of D 1999, and January, February, March, April & May, 2000.

4. An entire copy of the SCI-Camp Hill General Rules Regulations For RHU as put out by Defendant Deputy Superint. For Facilities management Blakevich In either August or Sept

5. A copy of any and all work orders that was turned the RHU concerning any and all problems with the heating sys during the months of November & December, 1999.

SUBMITTED BY:

(S) _____

MR. JOHN RICHARD JAE
BQ-3819
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370

Dated: 22nd APRIL 2001:

Doe vs. Kyler, et al.,
CIVIL No. 1=CV-00-0315
CERTIFICATE OF SERVICE

I certify under the penalty of perjury that on 6/22/01, I mailed to the person listed below, a true & correct carbon copy of each of Plaintiff's Motion To Compel Discovery, Brief In Support Of Motion to Compel Discovery, Amended Motion For Stay And Amended Brief In Support ~ And ~ Brief In Reply To Defendants' Memorandum In Opposition To Plaintiff's Motion To Correspond With Another Inmate by U.S. 1st Class Mail, Postage Prepaid & addressed to:

Mr. Michael L. Harvey, SDAG,
Office Of The Attorney General Of Pennsylvania
15th Floor—Strawberry Square
Harrisburg, PA. 17120

I certify under the penalty of perjury that on 6/22/01 I g[...] prison officials here for mailing to this Court, the originals of each [...] above-named documents.

This Certificate Of Service Is Made Pursuant to & under 28 U.S.C. S[...]

(s)——— John Richard [...]
Mr. John Richard [...]
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 1533[...]
Plaintiff and Pro Se C[...]

Dated/Executed on:
22nd June 2001:
At: Waynesburg, Pennsylvania: