IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
    Plaintiff,

vs.

KENNETH D. KYLER, et al.,
    Defendants.

CIVIL No. 1:CK

U.S. DISTRICT JUD
MAGISTRATE JUDGE SMY

Copy
128

JUDGE'S COPY
FILED
HARRISBURG

JUN 27 2001

MARY E. D'ANDREA, CLERK
Per _____
        DEPUTY CLERK

## AMENDED MOTION FOR STAY AND AMENDED BRIEF IN SUPP

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Civil A
John Richard Jae, as a Layman Unlettered in the Arts & Forces of the Law
Legal Procedures within the United States & now Files his Amended
Motion For Stay And Amended Brief in Support, pursuant to Fed R.
P., Rule 56(f), herein & who avers / deposes & states:

### I. AMENDED MOTION

1.  Plaintiff now hereby incorporates herein by reference herein
Same, all of the facts, arguments & citations of authorities of
first Motion For Stay And Brief in Support, as has been A
herein this case, on or about

2.  Plaintiff now hereby amends his Motion For Stay And Brief
Support and avers that this Court should stay all further proc
in this case additionally because Plaintiff is filing simultaneo
with this motion, his Motion To Compel Discovery and Brief
Support, herein this case, and this Court will need time to cons
& rule on such & the title Plaintiff will need time to conduct
Discovery materials once produced in full.

### II. AMENDED BRIEF IN SUPPORT

Plaintiff avers & submits that, Fed. R. Civ. P. 56(f), state

should it appear from the affidavit of a party
opposing the motion that the party cannot for
reasons stated present by affidavit facts essential
to justify the party's opposition, the court may
refuse the application for judgment or may
order a continuance to permit
affidavits to be obtained or depositions
to be taken or discovery to be had, or
may make such other order as is just.

(W) HEREFORE, based upon the foregoing Arg
& citations of Authorities, herein, as well as the facts
arguments & citations of Authorities, as set forth
his Initial Motion For Stay And Brief In Support, Plaint
John Richard Doe, Prays that this Court will entend
Order Staying all further proceedings in this Instant
case, sub Judice until August 1, 2001.

AND HE SHALL EVER PRA~
~~RESPECTFULLY SUBMITTED~~

(S) _____ MR. JOHN RICHARD DO~
#BQ-3317
SCI-Greene/bmu
175 Progress Drive
Waynesburg, PA. 15370
Plaintiff and ProSe Couns

Dated: 21st JUNE 2001.

2