IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
    Plaintiff,

vs.

KENNETH D. KYLER, et al.,
    Defendants.

FILED
HARRISBURG
JUN 2 7 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

AFFIDAVIT OF INMATE NORMAN JOHNSTON

I, Norman Johnston, #AY-____, declare under penalty of perjury & pursuant to 28 U.S.C. § 1746, that the following facts are true & correct based upon my knowledge, information and belief:

1. That, during the months of November and December, 1999 and January, 2000, I was confined in the RHU at SCI-Camp Hill.

2. That, Inmate John Richard Jae was likewise confined in the RHU at SCI-Camp Hill, in November & December, 1999 & January, 2000.

3. That, in November & December, 1999 and in January, 2000, Superintendent Kenneth D. Kyler, Deputy Superintendent for Facilities Management and RHU Lieutenant/Unit Manager William J____ at SCI-Camp Hill did not allow RHU inmates to have their own personal softcover law books and religious books other than a Bible or Quran in their RHU cells, and that John Richard Jae was not permitted to have his own personal softcover law books and religious books in the RHU in November and December, 1999, nor in January, 2000. John Richard Jae did not have the opportunity to get religious books from his box of personal property____

4. That, in April & May, 2000, I was confined in the RHU at SCI-Camp Hill and John Rice and Joe were confined in the RHU at SCI-Camp Hill also & housed a few cells down from me.

5. That, in April & May, 2000, I personally witnessed Officers Rubendall and Rager, the SCI-Camp Hill RHU property officers deny John Rice and Joe, his legal and religious materials.

6. That, the RHU officers had developed an ongoing practice of denying RHU inmates showers & outside exercise, in November & December, 1999, & also had developed practices of placing plexiglass shields over RHU inmates cell doors when they talked too loud back in November & December, 1999, and that Superintendent Kyler, Deputy Superintendent for Facility Management Palakovich and RHU Lieutenant/Unit Manager Rhoades were all aware of such and failed to do anything about such.

7. That, it was excessively hot in the RHU at SCI-CH in November & December, 1999, and there was a problem with the heating system in the RHU in November & December, 1999.

(S) _____
Mr. Norman Johnson
#AY-____
Affiant
on: