IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,               :
                                :
    Plaintiff                   :
                                :
    v.                          :    No. 1:CV-00-0315
                                :
KENNETH D. KYLER, individually, and :    (Judge Rambo)
in his official capacity, et al., :
                                :    (Magistrate Judge Smyser)
    Defendants                  :

FILED
HARRISBURG, PA
JUN 2 8 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 28TH day of JUNE, 2001 upon consideration of defendants' motion for an enlargement of time to file their brief in opposition to plaintiff's motion for order requiring SCI-Greene prison officials to return plaintiff's legal materials it is hereby ordered that the motion is granted. Defendants may file their brief on or before July 2, 2001.

J. Andrew Smyser
Magistrate Judge

```
            UNITED STATES DISTRICT COURT
                     FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA

          * * MAILING CERTIFICATE OF CLERK * *

                    June 28, 2001
```

Re:   1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
    John Richard Jae
    SCI-GREENE
    #BQ-3219
    175 Progress Drive
    Waynesburg, PA  15370

    Michael L. Harvey, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

    Susan J. Forney, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120
```

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                (✓)              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen    ( )   PA Atty Gen ( )
```

|  |  |  |  |
|---|---|---|---|
| | | DA of County ( ) | Respondents ( ) |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | MARY E. D'ANDREA, Clerk |

DATE: ___6/28/01___                              BY: ___878___
                                                      Deputy Clerk