IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,

    Plaintiff

v.                              No. 1:CV-00-0315

KENNETH D. KYLER, individually, and
in his official capacity, et al.,        (Judge Rambo)

                               (Magistrate Judge Smyser)

    Defendants

**SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION REQUIRING SCI-GREENE OFFICIALS TO RETURN LEGAL MATERIALS**

        Pursuant to Fed.R.Civ.P. 6(b) defendants move the Court to enlarge the time by one week within which they must file a brief opposing plaintiff's motion requiring SCI-Greene officials to return legal materials. In support of this motion defendants state as follows:

        1. This is a civil rights action brought by a prisoner currently incarcerated at SCI-Greene.

        2. Plaintiff is John Richard Jae.

        3. Defendants are various officials and employees of SCI-Camp Hill.

        4. Plaintiff alleges violations of the First, Eighth and Fourteenth

Amendments, as well as, state law claims in connection with his confinement in the Restricted Housing Unit. Specifically he asserts that he was denied legal materials and religious literature, that he was denied showers and exercise and that he had been subjected to poor ventilation and excessive heat in his cell.

5. Defendants filed and briefed a motion for summary judgment which has been pending since December.

6. Plaintiff has requested and received several extensions of time to respond to the motion.

7. On June 8, 2001, plaintiff filed a motion seeking an order requiring officials at SCI-Greene to return legal materials to him, as well as, supply him with paper, carbon paper and envelopes.

8. Defendants previously sought and received a one-week enlargement of time to respond to the motion. Under that enlargement defendants' response is due today, July 2.

9. Defendants are now seeking an additional week to respond to the motion because they need some additional time to investigate the facts giving rise to plaintiff's motion and because counsel for defendants unable to complete the investigation at present.

10. Counsel is recuperating from out-patient surgery on his knee. He

expects to return to the office after July 4, to complete his investigation of plaintiff's motion, and to prepare defendants' response.

11. The requested enlargement will not significantly delay the disposition of this matter nor will it prejudice the plaintiff.

**WHEREFORE,** defendants respectfully request the Court to enlarge the time within which they must respond to plaintiff's motion to require officials at SCI-Greene to return his legal materials.

                                              Respectfully submitted,

                                              **D. MICHAEL FISHER**
                                              Attorney General

BY: _____
       **MICHAEL L. HARVEY**
       **Senior Deputy Attorney General**

       **SUSAN J. FORNEY**

       **Chief Deputy Attorney General**
       **Chief, Litigation Section**

15th Floor, Strawberry Square
Harrisburg, PA 17120
PHONE: (717) 783-6896
FAX: (717) 772-4526

DATE: July 2, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                   :
                                    :
    Plaintiff                       :
                                    :
v.                                  :    No.  1:CV-00-0315
                                    :
KENNETH D. KYLER, individually, and :    (Judge Rambo)
in his official capacity, et al.,   :
                                    :    (Magistrate Judge Smyser)
    Defendants                      :

## CERTIFICATE OF SERVICE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that on this date I caused to be served a copy of the foregoing document by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

John Richard Jae, BQ-3219
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-2902


SUSAN J. FORNEY
CHIEF DEPUTY ATTORNEY GENERAL

DATE: July 2, 2001