# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,

    Plaintiff

v.

KENNETH D. KYLER, individually, and in his official capacity, et al.,

    Defendants

No. 1:CV-00-0315

(Judge Rambo)

(Magistrate Judge Smyser)

FILED
HARRISBURG, PA
JUL 0 3 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 3RD day of July, 2001, upon consideration of defendants' second motion for an enlargement of time to respond to plaintiff's motion to require officials at SCI-Greene to return his legal materials, the motion (Doc. 132) is **GRANTED.** Defendants shall file their brief opposing plaintiff's motion on or before July 9, 2001.

DATE:

_____
ANDREW J. SMYSER
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 3, 2001

Re: 1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

Susan J. Forney, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

```
cc:
Judge                          ( )            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )  PA Atty Gen ( )
```

```
                                    DA of County  ( )    Respondents ( )
Bankruptcy Court            ( )
Other_____ ( )
                                              MARY E. D'ANDREA, Clerk

    DATE:  ____7/3/01____              BY: _____
                                              Deputy Clerk
```