IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,

    Plaintiff

v.                                              No. 1:CV-00-0315

KENNETH D. KYLER, individually, and      (Judge Rambo)
in his official capacity, et al.,

    Defendants                          (Magistrate Judge Smyser)

## ORDER

AND NOW, this 12th day of July, 2001, upon consideration of defendants' third motion for an enlargement of time to respond to plaintiff's motion to require officials at SCI-Greene to return his legal materials, the motion (Doc. 13) is **GRANTED**. Defendants shall file their brief opposing plaintiff's motion on or before July 16, 2001.

DATE: July 12, 2001.

ANDREW J. SMYSER
United States Magistrate Judge

```
            UNITED STATES DISTRICT COURT
                     FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA

            * * MAILING CERTIFICATE OF CLERK * *

                    July 12, 2001
```

Re:  1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
    John Richard Jae
    SCI-GREENE
    #BQ-3219
    175 Progress Drive
    Waynesburg, PA  15370

    Michael L. Harvey, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

    Susan J. Forney, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120
```

```
cc:
Judge                         ( )           ( ) Pro Se Law Clerk
Magistrate Judge              (✓)           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )  PA Atty Gen ( )
```

|                        |     |   DA of County ( )   Respondents ( )   |
|---|---|---|
| Bankruptcy Court       | ( ) |                                         |
| Other _____       | ( ) |                                         |

MARY E. D'ANDREA, Clerk

DATE: __7-12-01__          BY: __[signature]__
                                Deputy Clerk