Agee File on Case¹                                                      Copy (14)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE'S COPY

JOHN RICHARD JAE,                |   CIVIL NO. 1:CV-00-
                                 |
        Plaintiff,               |
                                 |   JUDGE RAMBO
  vs.                            |   Magistrate Judge Smyser
                                 |
                                 |   FILED
KENNETH D. KYLER, et al.,        |   HARRISBURG
                                 |
        Defendants.              |   AUG 0 6 2001
                                 |
                                 |   MARY E. D'ANDREA, CLERK
                                 |   Per _____
                                 |   DEPUTY CLERK

MOTION FOR SANCTIONS ON DEFENDANTS &
AND TO HOLD AFFIANT SHARON SEBEK
IN CONTEMPT AND IMPOSE FINE AND
BRIEF IN SUPPORT

COMES NOW, the Plaintiff & Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman Unlettered in the Arts & Sciences of the Laws & Legal Procedures within the United States, who, pursuant Fed. R. Civ. P., Rule 11 & 28 U.S.C. §1746, now files Motion For Sanctions on Defendants And To Hold Affiant Sebek In Contempt And Impose A Fine And Brief In Support Hereof, & who, avers, deposes & states:

I. The Motion

1. On or About June 5, 2001, Plaintiff John Richard Jae, filed his Motion For Order Of Court Requiring SCI-Greene Prison Officials To Return To the Plaintiff all His Legal Materials, Court Case Files And Law Books And To Provide Him With Enough Paper, Carbon Paper, Envelopes etc. to Enable Him To Meet Court Deadlines In His Petition For Writ of Mandamus hereto in this Case

2. On or About July 17, 2001, Defendants, by counsel, filed Brief In Opposition To Plaintiff's Motion For Court Order Requiring Prison Officials To Return Plaintiff's Legal Materials And Provide Him With Writing Materials, herein this case.

3. On or About July 22, 2001, Plaintiff filed his Plaintiff's Reply Brief To Defendants' Brief In Opposition To Plaintiff's Motion For For Court Order Requiring Prison Officials To Return Plaintiff's Legal Materials And Provide Him With writing Materials, herein this case.

4. Attached to Defendants' Brief In Opposition To Plaintiff's Motion For Court Order Requiring Prison Officials To Return Plaintiff's Legal Materials And Provide Him With Writing Materials, among other Exhibits, is an Unsworn Declaration by Sharon A. Sebek, Acting Librarian, here at SCI--Greene.

5. This is Plaintiff's Motion For Sanctions On Defendants And To Hold Affiant Sharon A. Sebek In Contempt And Impose A Fine And Brief In Support, by which Plaintiff moves this Court To Sanction the Defendants and to hold Sharon A. Sebek in contempt & fine her for filing /submitting an Unsworn Declaration, which they/she knows contains false information & statements, for her committing perjury by such.

## II. BRIEF IN SUPPORT

As stated above, this instant motion moves this Court to sanction the Defendants and to

In contempt and impose a fine for them/her filing/submitting an unsworn declaration which they/she knows contains false information/statements &/or for committing perjury by such, based upon that which this Plaintiff sets forth on pp. 12 & 13 his Plaintiff's Reply Brief to Defendants' Brief In Opposition To Plaintiff's Motion For Court Order Requiring Prison Officials To Return Plaintiff's Legal Materials And Provide Him With Writing Materials for this case; Defendants and Sharon A. Sebek deliberately and maliciously "lie" and commit perjury when Defendants state in their Brief in Opposition and Sharon A. Sebek states in her unsworn Declaration, that, "Any requests for additional paper or carbon paper must be approved by the Superintendent" that, "He is entitled to 10 free regular legal envelopes per month, and may purchase manilla envelopes with his funds", and that, - - - - or purchased paper with his own funds", as the Defendants and Sharon A. Sebek know and "are" fully aware of the facts that: 1) DC-ADM #803.VI.C.1.g (Which is the controlling Prison Policy on the paper and carbon paper issue) does "not" require this Plaintiff as an indigent inmate to have to request any additional paper nor carbon paper (his second legal pack for the month) from other parties here; and 2) this Plaintiff is "totally without any funds/ money" of his own with which to purchase additional paper and/or carbon paper and envelopes himself; 1/ (see Defendants' Brief In Opposition To Plaintiff's Motion For Court Order Requiring Prison Officials To Return Legal Materials And Provide Him Writing Materials at p. 4)

the Defendants and Sharon A. Sebek "have" chos[en] to deliberately & maliciously "try" to & try to mislead [the] Court by falsifying evidence & submitted to th[is] Court in this case sub judice & by so doing, they "have" committed perjury & should be held in contempt & sanctioned & fined by this Court[.]

Furthermore, Fed. R. Civ. P. 11 (b) (2), (3) & (4)–[say] that Counsel, by presenting such Brief and such Unsworn Declaration to this Court, is certify[ing] that to the best of his knowledge, information, and [belief,] formed after an inquiry reasonable under the circumsta[nces,]
(2) the claims, defenses, and other legal contentions therein are warranted by existing law. - - -
(3) the allegations and other factual contentions have evidentiary support - - - and
(4) the denials of factual contentions are warranted [by] evidence. - - -
and defense counsel in this case has violated th[e] above & thus, he too, should be held in contempt & sanctioned & fined also, herein this ca[se.]

(W)HEREFORE, based upon the above & forego[ing,] Plaintiff prays that this Court will grant this [motion] in full, as it sees fit. RESPECTFULLY SUBMITT[ED]

(s) John Richard Sae[k]
MR. JOHN RICHARD SAE[K]
#BR-3219
SCI-Greene/SMU
Dated: 31rst JULY 2001 = 175 Progress Drive
Waynesburg, PA. 15370-[  ]