IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, : Civil No. 1:CV-00-0315
:
Plaintiff, : Judge Rambo
: Magistrate Judge Smyser
vs. :
:
KENNETH D. KYLER, et al., :
:
Defendants :

JUDGE'S COPY

FILED
HARRISBURG
AUG 06 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW the Plaintiff, John Richard Jae, in the above-entitled civil action, who, pursuant to Fed.R.Civ.P. 6(b), moves this Court for an enlargement of time, herein, & who avers, deposes & states:

1. Due to the fact that there remains several pending motions before this Court which the Court needs to rule on before the Plaintiff can file his Brief in Opposition to Defendants' Motion for Summary Judgment herein, the Plaintiff is unable to file and serve such Brief by the present due date for such of August 1, 2001; therefore, he requests an enlargement of time of thirty (30) days, to & including September 1, 2001, to enable him to do so, herein this case.

Dated: 31st July 2001

Respectfully Submitted,
(s) John Richard Jae
Mr. John Richard Jae
#BQ-____
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA 15370-8089
Plaintiff and Pro Se Counsel

Tae vs. Kyler et al.
Civil No.: 1:CV-00-0315
CERTIFICATE OF SERVICE

I certify that on 8-01-01, I mailed to those listed below, a true & correct carbon copy of the within Motion For Sanctions on Defendants Counsel And To Hold Affiant Sharon Sebek In Contempt And Impose A Fine And Brief In Support and also a copy of the within Motion For Enlargement of Time, U.S. 1st Class Mail, Postage Prepaid & addressed to:

Mr. Michael L. Harvey, SDAG,
Office Of The Attorney General of Pennsylvania
15th Floor — Strawberry Square
Harrisburg, PA. 17120

I certify that on 8-01-01, I gave to prison officials here for mailing to this Court, the originals of each of the above-same documents.

I certify under penalty of perjury & pursuant to 28 U.S.C. §1746, that the above is true & correct.

(S) ___John Richard___
MR. JOHN RICHARD
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370

Dated/Executed on:
1st August 2001

At: Waynesburg, Pennsylvania       Plaintiff and Pro Se Counsel