See attach



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,                :
                                 :
        Plaintiff                :
                                 :
    v.                           :     No. 1:CV-00-0315
                                 :
KENNETH D. KYLER, individually, and :   (Judge Rambo)
in his official capacity, et al.,:
                                 :     (Magistrate Judge Smyser)
        Defendants               :

FILED
HARRISBURG
AUG 7 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

### ORDER

AND NOW, this __6TH__ day of __August__, 2001, upon consideration of defendants' motion for enlargement of time to file opposing brief, (Doc. 142) it is hereby ordered that the motion is granted. Defendants may file their brief in opposition to plaintiffs motion to compel on or before August 24, 2001

_____
J. ANDREW SMYSER
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 7, 2001

Re: 1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

Susan J. Forney, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

cc:
Judge                              ( )           ( ) Pro Se Law Clerk
Magistrate Judge                   ( )           ( ) INS
U.S. Marshal                       ( )           ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen  ( )  PA Atty Gen ( )

8/7/01