

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RICHARD JAE, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:CV-00-0315 |
| | : | |
| KENNETH D. KYLER, individually, and | : | (Judge Rambo) |
| in his official capacity, et al., | : | |
| | : | (Magistrate Judge Smyser) |
| Defendants | : | |

## DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF

Defendants respectfully request a second enlargement of time to file their brief in opposition to plaintiff's motion to compel. In support of this motion, defendants assert the following:

1. On July 19, 2001, this Court ordered defendants to file a brief in opposition to plaintiff's motion to compel on or before August 6, 2001.

2. Counsel for the defendants received copies of the motion to compel on July 23, 2001.

3. Upon defendants' request, this Court granted defendants an enlargement of time until August 24, 2001, to file the opposing brief.

4. Defendants requested the enlargement because counsel had been unable to reach the Secretary of Corrections to prepare a declaration in support of defendants' claim of government privilege.

5. Due to conflicts in schedule, counsel was still not able to obtain the Secretary's signature on the declaration. The Secretary, however, is available on Monday, August 27, 2001.

6. Accordingly, defendants seek an enlargement of time of one working day or until August 27, 2001, to file a brief in opposition to plaintiff's motion to compel.

WHEREFORE, defendants respectfully request an enlargement of time of one working day or until August 27, 2001, to file their brief in opposition to plaintiffs motion to compel.

Respectfully submitted,

**D. MICHAEL FISHER**
Attorney General

BY: _____
**MICHAEL L. HARVEY**
Senior Deputy Attorney General

**SUSAN J. FORNEY**
Chief Deputy Attorney General
Litigation Section

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct: (717) 787-7369
Date: August 24, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, :
:
Plaintiff :
:
v. : No. 1:CV-00-0315
:
KENNETH D. KYLER, individually, and : (Judge Rambo)
in his official capacity, et al., :
: (Magistrate Judge Smyser)
Defendants :

### CERTIFICATE OF SERVICE

I, **Michael L. Harvey**, Senior Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing, **Defendants' Second Motion for Enlargement of Time to File Brief,** by depositing a copy of the same in the United States Mail, postage prepaid, in Harrisburg, Pa., addressed to the following:

John Richard Jae, BQ-3219
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370-2902

_____
MICHAEL L. HARVEY
Senior Deputy Attorney General

DATE: August 24, 2001