IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,         :
                          :
    Plaintiff              :
                          :
v.                         :        No. 1:CV-00-0315
                          :
KENNETH D. KYLER, individually, and : (Judge Rambo)
in his official capacity, et al., :
                          :        (Magistrate Judge Smyser)
    Defendants            :

## ORDER

AND NOW, this 4th day of September, 2001, upon consideration of defendants' second motion for enlargement of time to file opposing brief (Doc. 148), it is hereby ordered that the motion is granted. Defendants may file their brief in opposition to plaintiffs motion to compel on or before August 27, 2001

J. ANDREW SMYSER
United States Magistrate Judge

```
                UNITED STATES DISTRICT COURT
                        FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                       September 4, 2001
```

Re:  1:00-cv-00315    Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
    John Richard Jae
    SCI-GREENE
    #BQ-3219
    175 Progress Drive
    Waynesburg, PA  15370

    Michael L. Harvey, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

    Susan J. Forney, Esq.
    Office of Attorney General
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120
```

```
cc:
Judge                          ( / )              ( ) Pro Se Law Clerk
Magistrate Judge               ( / )              ( ) INS
U.S. Marshal                   (   )              ( ) Jury Clerk
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            (   )
Order to Show Cause            (   )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )   PA Atty Gen ( )
```

```
Bankruptcy Court        ( )        DA of County  ( )   Respondents ( )
Other_____ ( )
                                              MARY E. D'ANDREA, Clerk

DATE:  ___9/4/01___                    BY: __[signature]__
                                           Deputy Clerk
```