IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE,
    Plaintiff,

vs.

KENNETH D. KYLER, et al.,
    Defendants.

CIVIL No. 1:CV-00-0315

U.S. District Judge Rambo
Magistrate Judge Smyser

JUDGE'S COPY

FILED
HARRISBURG
SEP 07 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff Pro Se Counsel in the above-entitled Civil Action, John Richard Jae, as a Layman Unlettered in the Arts & Sciences of the Laws & Legal Procedures within the United States, & files his Motion For Enlargement of Time pursuant to Fed. R. Civ. P. 6(b), herein, & who, avers, deposes & states:

1. Due to the facts that this Plaintiff has a pending Motion to Compel Discovery before U.S. Magistrate Judge Smyser, of this Court, herein this case, that Plaintiff is simultaneously filing along with this here Motion his Reply to Defendants' Brief In Opposition to Plaintiff's Motion to Compel & that he is also filing his Appeal from U.S. Magistrate Judge Smyser's Order of August 14, 2001, to the U.S. District Judge, herein this case, & this Court need time to rule on Plaintiff's Motion to Compel Discovery and Plaintiff's Appeal from the U.S. Magistrate Judge's Order of August 14, 2001, herein, and such decision(s) may effect the Plaintiff's response to the defendants' motion for Summary Judgment, this Plaintiff is unable to file & serve his brief in opposition to the defendants' motion for Summary Judgment & his supporting documents, by the present due date for such of September 4, 2001, & given the above, this Court should grant him an enlargement of time of thirty (30) days to & including October 4, 2001, in which to file & serve his brief and supporting documents in opposition to defendants' motion For Summary Judgment, herein this case.

(W)HEREFORE, this Court should grant the Plaintiff an enlargement of time to & including October 4, 2001, in which to file such Brief & Supporting documents herein.

(S)_____
MR. JOHN RICHARD JAE,
#AQ-3014
SCI-Greene/any
725 Progress Drive
Waynesburg, PA 15370-8089

Dated: 30th August 2001:

Joe vs. Kyler, et al.
C/A No. 1:CV-00-0315

### CERTIFICATE OF SERVICE

I certify that on 8/31/01, I mailed to the person listed below a true & correct carbon copy of each of the within Plaintiff's Appeal to U.S. District Judge from the U.S. Magistrate Judge's August 17 Order, Denying the Plaintiff's Motion For An Order Requiring Defendant DOC and SCI-Greene Superintendent Conner Blaine to Permit this Plaintiff to Communicate with and Write to Inmate Norman Johnston at SCI-Camp Hill RHU; Motion For Order of Court Requiring SCI-Greene Prison Officials to Return to this Plaintiff All His Legal Materials, Court Cases and Law Books And to Provide Him with Enough Paper, Carbon Paper & Envelopes to Enable Him to Meet Court Deadlines, Inter Alia Petition of Mandamus And Motion for Sanctions on Defendants & Counsel; Reply to Defendants' Brief in Opposition to Plaintiff's Motion to Compel and Motion For Enlargement; Hold Affiant Sharon Sebek In Contempt and Impose A Fine, by way of U.S. 1st Class Mail, Postage Prepaid and addressed to:

Mr. Michael L. Harvey, SDAG
Office of the Attorney General of Pennsylvania
15th Floor - Strawberry Square
Harrisburg, PA. 17120

I certify that on 8/31/01, I gave to Prison Officials hereof, to this Court, the originals of the above same documents/papers/this case.

I certify that the above is true & correct under penalty of perjury pursuant to: 18 Pa. C.S. § 4904 and 28 U.S.C.S. 1746.

Dated/Executed on:
31st August 2001
At Waynesburg, Pennsylvania

(S) _____
Mr. John Richard Jr.
#BR-3519
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370

From The Desk Of:
Mr. John Richard Joe,
#BQ-3214
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370-8089
August 30, 2001

To: The Office of The Clerk,
    U.S. District Court
    228 Walnut Street
    P.O. Box 983
    Harrisburg, PA. 17108-0983

Re: Joe v. Kyle, et al.,
    Civil No. 1:CV-00-0315

RECEIVED
SEP 07 2001
PER _____
HARRISBURG, PA.   DEPUTY CLERK

Dear Clerk:

Please File the Enclosed Plaintiff's Appeal To The U.S. District [Court] From The U.S. Magistrate Judge's August 14, 2001, Order, Denying The Plaintiff's Motion For An Order Requiring Defendant Dragovich And SCI-Greene Superintendent Conner Blaine To Permit This Plaintiff To Communicate With And Write To Inmate Norman Johnston At SCI-Camp Hill/RHU, [and for] Order Of Court Requiring SCI-Greene Prison Officials To Return To The Plaintiff ALL His Legal Materials, Court Case Files And Law Books [and to] Provide Him With Enough Paper, Carbon Paper And Envelopes To Enable Him To Meet Court Deadlines, Inter Alia Petition For Writ Of Mandamus And For Sanctions On Defendants & Counsel And To Hold Affiants Sharon S[haron] [in] Contempt And Impose A Fine, herein the above-entitled Civil Rights [action].

Please also File the Enclosed Plaintiff's Reply To Defendant's Brief In Opposition To Plaintiff's Motion To Compel and Motion [for] Enlargement of Time, herein the above-entitled Civil Rights [action].

Sincerely,
(s) John Richard Joe
Mr. John Richard Joe
Plaintiff And Pro Se Counsel

CC: Mr. Michael L. Harvey, SDAG
    w/encl.