UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>    Plaintiff,<br><br>v.<br><br>KENNETH K. KYLER,<br>JOHN A. PALAKOVICH,<br>WILLIAM J. RHOADES,<br>MARTIN DRAGNOVICH,<br>OFFICER RUBENDALL, and<br>OFFICER RAGER,<br>    Defendants | : CIVIL NO: 1:CV-00-0315<br>:<br>: (Judge Rambo)<br>:<br>: (Magistrate Judge Smyser)<br>: |

**ORDER**

FILED
HARRISBURG, PA
SEP 17 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

**IT IS ORDERED** that the plaintiff's motion (Doc. 153) for an enlargement of time within which to file a brief in opposition to the defendants' motion for summary judgment is **GRANTED**. The plaintiff shall file his opposition brief on or before **October 4, 2001.**

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: September 17, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

September 17, 2001

Re: 1:00-cv-00315   Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

```
John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

Susan J. Forney, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120
```

```
cc:
Judge                        ( )          ( ) Pro Se Law Clerk
Magistrate Judge             (X)          ( ) INS
U.S. Marshal                 ( )          ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
```

```
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court          ( )
Other_____ ( )
                                              MARY E. D'ANDREA, Clerk


DATE:  ____9-17-01____                  BY: _____/s/_____
                                               Deputy Clerk
```