**JUDGE'S COPY**

From The Desk Of:
Mr. John Richard Jae,
#BQ-3219
SCI-Greene/GMU
175 Progress Drive
Waynesburg, PA 15370-8089
September 17, 2001

To: The Office of the Clerk,
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108-0983

Re: Jae vs. Kyle, et al.,
CRVI No. 1:CV-00-0315

Dear Clerk:

Please File Plaintiff's Petition For Reconsideration of U.S. District Judge's September 13, 2001, Order And Arguments of Law In Support In above-entitled civil case & forward the same to U.S. District Judge Rambo:

Sincerely,
(S) _____
Mr. John Richard Jae,
Plaintiff and Pro Se Counsel

CC: Mr. Michael L. Harvey, SDAG
w/encl.

RECEIVED
HARRISBURG, PA
SEP 21 2001
MARY E. D'ANDREA, CLERK
Per _____

copy 157

Joe vs. Kyler, et al,
C.M) No. 1:CV-00-0315

CERTIFICATE OF SERVICE

I certify that on 9/17/01, I mailed to the person listed below, a true & correct carbon copy of Plaintiff's Petition For Reconsideration of U.S. District Judge's September 13, 2001, O And Arguments of Law In Support, by way of U.S. 1st Class Mail Postage Pre paid & addressed to:

MR. Michael L. Harvey, SDAG,
Office of The Attorney General of Pennsylvania
15th Floor - Strawberry Square
Harrisburg, PA. 17120

FILED
HARRISBURG, PA
SEP 21 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

I certify that on 9/17/01, I gave the original of the above-same doc to Prison Officials here for mailing to this Court.

I certify under penalty of perjury & pursuant to: 28 U.S.C. §1746 the above, is true & correct.

Dated / Executed on:
17th SEPTEMBER 2001:
At: Waynesburg, Pennsylvania:

(s) ___John Richard___
MR. JOHN RICHARD
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370