ı⊄.

160

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



ORIGINAL

FILED

OCT 15 2001

HARRISBURG, PA    DEPUTY CLERK

JOHN RICHARD JAE,
                Plaintiff,
        vs.
KENNETH D. KYLER, et al.,
                Defendants.

CIVIL no. 1:CV-00-03

U.S. District Judge Rambo
Mag.Trate Judge Smys

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff & Pro Se Cansel in the above-entitled ca
John Richard Jae, as a Layman Unlettered in the Arts & Sciences of the Laws & Leg
Procedures within the United States & files his Motion For Enlargement of Time pu
to Fed.R.Civ.P., 6(b), & avers deposes & states:

1. On or About October 17, 2000, Defendants, by Cansel, filed their M
For Summary Judgment and Statement of Undisputed Facts in the above-case
Memorandum In Support of Motion For Summary Judgment was filed her
about December 5, 2000.

2. Due to the Facts that on September 2, 2001, Plaintiff sent h
that he will be filing along with his Brief In Opposition To De
Motion For Summary Judgment And Memorandum of Law In Sup
to his Christian Friend for photocopying of such & so he has en
of such for this Court, Cansel for the Defendants & himself & his Ch
Friend Ernie Fredrick has not returned such back to this plaintiff
will be doing so by October 22, 2001, Plaintiff is unable to file an
Brief In Opposition To Defendants' Motion For Summary Judgment And
Support and his Appendix of Exhibits, herein, by the present due date fo
October 4, 2001, & thus he requests one final enlargement of ti
(21) twenty-one days from this date in which to file & sen
Brief In Opposition To Defendants' Motion For Summary Judg
Memorandum In Support and Appendix of Exhibits, herein th

(W) HEREFORE, Plaintiff John Richard Jae, Prays

that this Court will grant him an enlargement of time of

twenty-one (21) days, to & including Octoeber 25, 2001;

which to file & serve his Brief In Opposition to

Defendants' Motion For Summary Judgment And Memorandum

Support and his Appendix Of Exhibits, herein this Case=

AND HE SHALL EVER PRA
RESPECTFULLY SUBMITTE

(s) John Richard Jae
MR. JOHN RICHARD JA
#BQ-3919
SCI-Greene/SMU
175 Progress Drive
Waynesburg, PA. 15370-80

Plaintiff and Pro Se Coun

Dated: 4th OCTOEBER 2001=

Joe vs. Kyler, et al
CRTI No. 1:CV-00-0315
CERTIFICATE OF SERVICE

I certify that on 10/04/01, I mailed to the person listed below
a true & correct carbon copy of Plaintiff's Motion For Enlargement
Time, by way of U.S. 1st Class Mail, postage prepaid and addressed

MR. Michael L. Harvey, SDAG,
Office of the Attorney General of Pennsylvania
15th Floor — Strawberry Square
Harrisburg, PA. 17▮▮▮

I certify that on 10/04/01, I gave to ▮▮▮▮ Prison Offi
here the original of the above-same document, for mailing to the

I certify under penalty of perjury & pursuant to 28 U.S.C
that the above, is true & correct.

(S) _____ John Richard
MR. JOHN RICHARD
#BQ-3219
SCI-Greene/SMU
175 Progress Drive
Waynesburg PA. 153▮▮

Plaintiff and Pro Se

Dated/Executed on:
4th OCTOEBER 2001:
At: Waynesburg, Pennsylvania:

From The Desk Of:
MR. John Richard Jae,
#BQ-3219
SCI-Greene/smu
175 Progress Drive
Waynesburg, PA. 15370-8089

October 4, 2001

To: Office Of The Clerk,
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

Re: Jae vs. Kyler, et al.,
Civil No. 1-CV-00-0315

Dear Clerk:

Please file the Plaintiff's Motion For Enlargement

herein the above-entitled Civil Rights Action.

Sincerely,

(s) ___John Richard Jae___
MR. JOHN RICHARD JAE,
Plaintiff and Pro Se Counsel

CC: MR. Michael L. Harvey, SDAG
w/encl.