

*see o/s*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE,<br>    Plaintiff, | : CIVIL NO: 1:CV-00-0315<br>:<br>: (Judge Rambo) |
| v. | :<br>: (Magistrate Judge Smyser) |
| KENNETH K. KYLER,<br>JOHN A. PALAKOVICH,<br>WILLIAM J. RHOADES,<br>MARTIN DRAGNOVICH,<br>OFFICER RUBENDALL, and<br>OFFICER RAGER,<br>    Defendants | :<br>:<br>:<br>:<br>: |

**FILED**
**HARRISBURG, PA**

**OCT 19 2001**

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

### ORDER

AND NOW, this *19TH* day of October, 2001, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 160) for an enlargement of time to respond to the defendants' motion for summary judgment is **GRANTED**. The plaintiff shall file his response to the defendants' motion for summary judgment on or before October 25, 2001. No further extensions of time will be granted.

_____
J. Andrew Smyser
Magistrate Judge

Dated: October *19*, 2001.

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 19, 2001

Re: 1:00-cv-00315   Jae v. Kyler

True and correct copies of the attached were mailed by the clerk to the following:

John Richard Jae
SCI-GREENE
#BQ-3219
175 Progress Drive
Waynesburg, PA  15370

Michael L. Harvey, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

Susan J. Forney, Esq.
Office of Attorney General
Strawberry Square
15th Floor
Harrisburg, PA  17120

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                (/)              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )    PA Atty Gen ( )
```

```
                                    DA of County   ( )   Respondents ( )
Bankruptcy Court          ( )
Other_____ ( )
                                              MARY E. D'ANDREA, Clerk

DATE:  10-19-01                     BY:  _____
                                         Deputy Clerk
```