From the desk of
MR. John Richard Joe
#BQ-3219
P.O. Box 99901
Pittsburgh, PA. 15233-0901

December 13, 2001

To: The Office of the Clerk,
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108-0983

**FILED**
DEC 17 2001
PER _____ DEPUTY CL
HARRISBURG, PA.

Re: Joe vs. Kyler, et al.,
<u>Civil No. 1:CV-00-0315</u>

Dear Clerk:

Please be advised & notified that until further written notice, the Plaintiff's address of record is changed to:

MR. John Richard Joe,
#BQ-3219
P.O. Box 99901
Pittsburgh, PA. 15233-0901

and that any & all court orders and/or other documents should be sent to the Plaintiff at such new address of record, herein this case.

Sincerely,

CC: MR. John Richard Joe,
    Plaintiff and Pro Se Counsel
    MR. Michael L. Harvey, DAG,
    Counsel for Defendants

_____
MR. John Richard Joe
Plaintiff and Pro Se Counsel

copy (164)