IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN RICHARD JAE, : CIVIL NO. 1:CV-00-0315
      Plaintiff :
    v. :
KENNETH K. KYLER, :
JOHN A. PALAKOVICH, :
WILLIAM J. RHOADES, :
MARTIN DRAGNOVICH, :
OFFICER RUBENDALL, and :
OFFICER RAGER, :
      Defendants :

FILED
HARRISBURG, PA
FEB 25 2002
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

Upon consideration of Plaintiff's motion for enlargement of time to file objections to the February 6, 2002, report and recommendation of the magistrate judge, **IT IS HEREBY ORDERED THAT**:

1) The motion is granted.

2) Plaintiff shall have until March 11, 2002 in which to file his objections to the February 6, 2002 report and recommendation of the magistrate judge.

3) No further extensions will be granted.

                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: February 25, 2002.