AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

John Richard Jae
    Plaintiff

V.

Kenneth K. Kyler, John A. Palakovich,
William J. Rhoades, Martin Dragnovich,
Officer Rubendall, and Officer Rager,
    Defendants

Case No: 1:00-CV-0315

Judge Sylvia H. Rambo
Magistrate Judge Smyser



FILED
MAR 1 5 2002
PER ___
HARRISBURG, PA  DEPUTY CLERK

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that partial summary judgment be and is hereby entered in favor of the Defendants, Kenneth K. Kyler, John A. Palakovich, William J. Rhoades, Martin Dragnovich, Officer Rubendall, and Officer Rager, and against the Plaintiff, John Richard Jae, as to the plaintiff's access to the courts claims and free exercise of religion claim.

Date: March 15, 2002

Mary E. D'Andrea, Clerk of Court

*(signature)*

**(By)** Mark J. Armbruster, Deputy Clerk