IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RICHARD JAE, | CIVIL NO. 1:CV-00-0315 |
| Plaintiff | |
| v. | |
| KENNETH K. KYLER, JOHN A. PALAKOVICH, WILLIAM J. RHOADES, MARTIN DRAGNOVICH, OFFICER RUBENDALL, and OFFICER RAGER, | |
| Defendants | |

## O R D E R

By order dated February 25, 2002, this court granted Plaintiff an extension of time to March 11, 2002, in which to file objections to the February 6, 2002, report and recommendation of the magistrate judge.[1] On March 15, 2002, this court issued an order adopting the report and recommendation of the magistrate judge and closing the case. At some point, but on the same day as the March 15 order, Plaintiff filed objections to the report and recommendation. Said objections were untimely as Plaintiff was directed to file objections by a date certain.

---

[1] In every case filed by Plaintiff and assigned to this judge, Plaintiff has requested extensions of time. When such extensions have been granted and deadlines have not been met, further consideration should not be granted.

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff's objections to the report and recommendation are stricken and the order dated March 15, 2002 remains in effect.

SYLVIA H. RAMBO
United States District Judge

Dated: April 16, 2002.